1  GREGORY M. BERGMAN (SBN 065196)
   MICHELE M. GOLDSMITH (SBN 178222)
2  JASON J. BARBATO (SBN 301642)
   BERGMAN DACEY GOLDSMITH
3  10880 Wilshire Blvd. Suite 900
   Los Angeles, California 90024-4101
4  Telephone: 310.470.6110
   Facsimile: 310.474.0931
5
6  Attorneys for Defendants, CITY OF INGLEWOOD
   MAYOR JAMES BUTTS; CHIEF OF POLICE MARK FRONTEROTTA
7

8              **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11

| | |
|---|---|
| 12  MARTIN SISSAC | Case No. 2:15-cv-01741-JAK-FFM |
| 13                Plaintiffs, | **DECLARATION OF CAL SAUNDERS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| 14  v. | |
| 15  CITY OF INGLEWOOD; MAYOR JAMES BUTTS; CHIEF OF POLICE MARK FRONTEROTTA AND DOES 1 THROUGH 10, INCLUSIVE, | Date:    September 26, 2016 [Reserved] Time:    8:30 a.m. Ctrm:    750 |
| 16 | |
| 17 | |
| 18                Defendants. | [Filed Separately but concurrently herewith: 1. Motion for Summary Judgment; 2. Separate Statement; 3. Declaration of Michele Goldsmith; 4. Declaration of Micah Herd; and 5. Declaration of Kevin Harris.] |
| 19 | |
| 20 | |
| 21 | Trial:  December 6, 2016 |

22

23

24

25

26

27

28

BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024
Telephone: (310) 470-6110, Facsimile: (310) 474-0931

## DECLARATION OF CAL SAUNDERS

I, Cal Saunders, declare:

1.     I am a resident of Los Angeles, California.  If called as a witness in this action, I could and would testify competently, under oath, from my own personal knowledge, to each and all of the following facts.

2.     This Declaration is made in support of Defendants' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment.

3.     I was either the Acting City Attorney or the City Attorney for the City of Inglewood ("City") from August 2006, to December 30, 2013.  In the capacity of City Attorney, I would, as directed by the City Council, prosecute on behalf of the people all criminal cases for violation of the City's Charter, and of City Ordinances, and attend to all other civil lawsuits and other matters to which the City was a party or in which the City may be legally interested.

4.     The City's City Council is composed of five offices, one office from each of four (4) Districts and the Mayor.  It was also my duty to attend every meeting of the City Council, and did so with limited exception.  I also was required to give my advice or opinion in writing whenever required by the City Council.  I was the legal advisor to the City Council and its members.  I also had the right to appoint other attorneys to assist in the business of the City.   I was also the legal advisor, pursuant to Article XIV of the City Charter, to the Chief of Police, the City Treasurer, and City Department Heads, such as the Finance Director.  I also had the authority to hire special counsel and outside legal counsel, with the consent and approval of the City Council.

5.     I have known Plaintiff Martin Sissac ("Plaintiff") for several years.  It is my best recollection that I first met Mr. Sissac after Chief Jacqueline Seabrooks was hired as the Chief of Police, in 2007. As a Captain, Mr. Sissac would regularly come to me and discuss with me various issues or thoughts he had regarding the Inglewood Police Department ("IPD").

BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024
Telephone: (310) 470-6110, Facsimile: (310) 474-0931

6.     Mr. Sissac, as well as the other Captains, regularly came to speak with me, as the City Attorney, as part of their duties as a Captain and IPD Command Staff officers.  I would share with them my thoughts and legal opinion.   I do not share the identity of the persons who share their concerns with me, unless they authorize me to do so.

7.     The City's budget cycle is October 1 through September 30 each year. In the spring and summer, the City has departments submit proposed budgets for consideration.   The City holds open City Council sessions where the budget is discussed.  The City Council approves the budget.  The City Council must approve any layoff.

8.     In 2010, the City held a budget workshop in September.  City Manager Mark Weinberg provided the budget message on September 28, 2010.  Attached as **Exhibit H** is a true and correct copy of the budget message that I reviewed.    The City Council approved the 2010-2011 budget presented.

9.     In May 2011, the City Council approved a mid-year budget modification request.   As the City Attorney, I reviewed and approved the modification request before it was approved by the City Council.   Attached as **Exhibit I** is a true and correct copy of the May 2011 modification request that I reviewed and signed.  The City Council approved the budget modification request.

10.     In 2011, the City held a budget workshop in September.  City Manager Artie Fields provided a budget message and the City Council approved the 2011-2012 budget on September 27.   The budget included the elimination of eight (8) police officer positions.   Attached as **Exhibit J** is a true and correct copy of the September 27, 2011 budget message that was reviewed by me.

11.     I had multiple conversations with Mr. Sissac regarding the possibility that police officers would be laid off, and the ability of the City to retain the officers through the use of the CHRP grant.  In the spring and summer of 2011, as the City was preparing its budget for the 2011-2012 budget year, the IPD was trying to

BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024
Telephone: (310) 470-6110, Facsimile: (310) 474-0931

understand how to retain existing IPD officers.  Mr. Sissac asked me if the City could use CHRP grant allocated funds other than for hiring new officers.  I informed Mr. Sissac that I would look into it.  I had then Assistant City Attorney Ken Campos research the issue, as he was the attorney liaison with the IPD regarding police issues.  Mr. Campos looked into the issue, and reported back to me as the City Attorney that the City could modify the existing grant, and under certain circumstances, could request the Department of Justice ("DOJ") to modify the grant and retain police officers.  I am personally aware that Mr. Campos also contacted the DOJ to find out more details regarding the modification procedural steps. Mr. Campos told me he contacted the DOJ regarding the mechanism to modify the grant.

12.    I understood that Mr. Sissac was inquiring about the circumstances under which the CHRP program could retain police officers.  Although Mr. Sissac said that he was concerned, I was not sure why he was concerned because the DOJ had provided the City with the framework to modify the CHRP grant, and the City adhered to that framework.  At some point later, I told Mr. Sissac that the issue had been looked at and that the City should not be concerned.  I did not share my conversation(s) with Mr. Sissac with anyone.  I never spoke with Mayor Butts about my interactions with Mr. Sissac regarding CHRP.  I never spoke with then Captain (and now Chief) Mark Fronterotta about my interactions with Mr. Sissac regarding CHRP.  At no time did Mr. Sissac authorize me to share any of his concerns with anyone.  Nevertheless, in this particular matter, I determined that there was no wrongdoing to report to anyone.  I told him that, in my opinion, as the lawyer for the City, the City was not doing anything illegal.

//

//

//

//

**BERGMAN DACEY GOLDSMITH**
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024
Telephone: (310) 470-6110, Facsimile: (310) 474-0931

13.    When Mr. Sissac came and spoke with me about CHRP, he always spoke about the specific issue of CHRP.  Mr. Sissac did not raise any broad concerns about systemic abuse or corruption by the City, or any of its representatives, having taken place.  Mr. Sissac never told me that he was speaking to me in the direct contradiction to a supervisor's order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Los Angeles, California, this 25th day of August 2016.

Cal Saunders

Cal Saunders

BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024
Telephone: (310) 470-6110, Facsimile: (310) 474-0931



# CITY OF INGLEWOOD
## OFFICE OF THE CITY ADMINISTRATOR



## FY 2010-2011 BUDGET LETTER OF TRANSMITTAL

September 28, 2010

**Honorable  Mayor and Council Members:**

Historically, budget messages from the City Administrator that accompany proposed consolidated annual operating budgets proudly announce delivery of, and provide details for, a balanced budget as required by law.  Typically, the proposed budget discusses nuanced changes in the City's fiscal health, and includes operating department highlights of program modifications and enhancements for the coming year.

This year is clearly different.

The "Great Recession" precipitated in October 2008 by subprime mortgages, unscrupulous lenders, and the collapse of America's banking system, and followed by the constriction of credit markets and cascading unemployment has buffeted the nation and the state.  Though some impacts of this global financial crisis were felt locally almost immediately, the harshest effects of the recession are only now battering the City in the form of sharply reduced tax revenues, soaring joblessness, and stalled economic development.  The adverse impact on Inglewood finances has been more protracted and profound than anyone expected, and a genuine fiscal crisis now confronts the City.

Cities throughout the nation have struggled to assess the depth and severity of the Country's most unforgiving financial downturn in generations.  The dynamic character of the crisis and the torrent of bad news has left many cities flatfooted, in some cases forcing them to draw on precious reserves to avoid large-scale service cuts.  Adoption of annual budgets has been delayed as cities monitor speculation that federal assistance may be forthcoming.  California's reluctance to approve a state budget, coupled with a history of mitigating its money woes by seizing local funding, has further destabilized budget planning for local government here. Finally, Inglewood's efforts to formulate an annual operating budget, particularly as it relates to its General Fund, has been stifled by a transition in Mayoral leadership, the absence of a City Administrative Officer (CAO) and Assistant City Administrator/Chief Financial Officer (ACA/CFO), and the need to negotiate labor agreements with all six of its recognized labor bargaining groups. The importance of the latter undertaking can best be appreciated in the context of the sobering fact that more than 80% of our General Fund is devoted to personnel costs.

As a result, the FY 2010-2011 proposed consolidated annual operating budget resembles a *continuing budget resolution* more than a comprehensive plan that increases revenues, curbs expenditures, and incorporates other strategies necessary to cure the City's operating budget deficit.  While unsatisfying in its present form, this budget document fulfills our City Charter requirement that the City Administrator provide a full discussion of the financial condition and

**EXHIBIT H**

COI_013409

**006**

future needs of the City as well as present to the Council a proposed annual budget. If adopted, this budget also complies with the Charter provision requiring Council to adopt a "tentative budget of the financial requirements…for the ensuing fiscal year" by September 30, 2010. The proposed budget shows the magnitude as well as the general location where spending cuts must occur throughout the General Fund in the absence of new or revitalized revenue streams. It is always the case that operating budgets are resource allocation plans subject to periodic refinements through the amendment process. This year's proposed budget is even more recognizable as a "work-in-progress". In the weeks and months ahead, the burden will be on City Staff to work with the Mayor and Council Members to craft a comprehensive, viable plan to convert forced savings "place holders" into real savings, and to vigorously explore a variety of budget strategies designed to reduce our General Fund operating deficit.

### ❖ A JARRING REPORT AND A CALL TO ACTION

The nature and evolution of Inglewood's financial crisis was described at length in the Chief Financial Officer's *Comprehensive Budget Review and Forecast* presented to the City Council on April 1, 2010. This report revealed with new clarity that the City's General Fund operating deficit had mushroomed to over $13 million annually for the current fiscal year and projected that it would rise further without immediate spending restraints. The 21-page report chronicled in detail the events between FY 2007-2008 (the last full FY preceding the national recession) and the present that contributed to the City's financial condition deteriorating so dramatically. The full scope of the CFO's public report is beyond repeating in this message. However, for the period examined, the analysis points to a sharp drop in economy-sensitive revenues, the elimination or transfer of substantial assessment district and grant funding for police services, deserved—but ill-timed bargaining group salary increases, spending increases, and a number of accounting miscalculations as leading to the City's present fiscal problems.

Incomplete financial audits left policy makers and staff without a full and accurate picture of the City's rapidly weakening financial position. The April 2010 *Comprehensive Budget Review and Forecast* provided an unvarnished and frightening reality. In apparent disregard of its own financial policies, the City had devoured its $17.6 million undesignated General Fund reserves and erased a $7 million emergency reserve.

Equally alarming was the CFO's analysis that deficit spending is now daily eating through reserves designated for general liability and workers' compensation awards, and employee vacation and sick leave payouts, and that a 15% gap between revenues and expenditures reflects a recurring, or *structural*, budget imbalance. Finally, the CFO's report concluded rising costs for items such as pension contributions, medical premiums, and other post-employment benefits will continue to aggravate the deficit over the course of the next several years, even in the face of a modest economic recovery—which is itself in doubt.

### ❖ THE CRISIS DEEPENS

For reasons cited earlier, the City has been slow to respond to its emerging financial crisis, which, in turn, has become aggravated. Additionally, any viable remedy for the City's formidable operating deficit requires personnel-impacting actions governed by a complex array of legal processes and creating new revenue streams, necessitating a vote of the electorate.

The resulting impact is that since the April 2010 *Comprehensive Budget Review and Forecast was published,* the City's FY 2009-2010 General Fund operating deficit has grown to $17.6 million, chiefly as a result of a continued decline in revenues ($3.2 M) and little progress implementing spending controls. The increased deficit spending has further eroded dwindling

**EXHIBIT H**

designated reserves and, as can be seen in the tables below, General Fund reserves totaling almost $29 million as recently as the beginning of this fiscal year will have plummeted to nearly $11 million by its conclusion.

| General Fund Reserve Accounts (Beginning Balance) | FY 2010 (in millions) | General Fund Reserve Accounts (Beginning Balance) | FY 2011 (in millions) |
|---|---|---|---|
| Undesignated Reserve | 0.8 | Undesignated Reserve | 0 |
| Emergency Reserve | 7 | Emergency Reserve | 0 |
| Liability Reserve | 7.1 | Liability Reserve | 5 |
| Worker's Comp Reserve | 3.7 | Worker's Comp Reserve | 1.1 |
| Accrued Vacation Reserve | 4.7 | Accrued Vacation Reserve | 2.2 |
| Accrued Sick Reserve | 4.7 | Accrued Sick Reserve | 2.1 |
| Reserve Equipment Replacement | 0.8 | Reserve Equipment Replacement | 0.8 |
| **Total Reserves General Fund** | **28.8** | **Total Reserves General Fund** | **11.2** |
| Less Operating Deficit FY 2010 | 17.6 | Less Operating Deficit FY 2011 | 4 |
| **Ending Balance Before Transfer** | **11.2** | **Ending Balance Before Transfer** | **7.2** |

*These figures convey a stark reality and sense of urgency. Absent prompt and decisive action by the Mayor and City Council at the outset of FY 2010-2011, the City will exhaust its operating funds and the balance of its General Fund reserves by mid-year. It will then be unable to meet its financial obligations or fulfill its duty to provide municipal services.*

❖ **ECONOMIC OUTLOOK**

While some economists are bracing for a "double-dip recession," in its third quarterly report of 2010, the UCLA Anderson Forecast predicts "very sluggish growth" for the foreseeable future. As for the California economy, the State is looking at a difficult period ahead as it attempts to generate not only the 1.3 million jobs lost during the recession, but also the additional jobs needed for new entrants into the job market over the past two and a half years. The Anderson Forecast expects the economy to go through a healing process that will become noticeable by 2012 in the form of 3% economic growth. Unemployment rates are expected to recede slowly even before then–to perhaps as low as 9.5% in 2011.

Implications to consider for Inglewood's economic and redevelopment planning include predictions that recovery from the recession will be driven by growth in education, healthcare, exports, and technology with modest movement in the residential construction sector.

Cities have the unfortunate distinction of feeling the brunt of economic volatility well after Main Street has already begun to suffer its ill effects. There is a natural cycle in which the ripple effects of rising unemployment, depressed property values, and tightening credit markets result in sharp declines in sales and property taxes, as well as development-related fees and taxes. Cities also lag in registering the benefits of economic recovery, while consumer confidence is restored, business investment gains momentum, and property values rise and are reassessed. The lag in converting new waves of growth and prosperity nationally, or even regionally, often does not result in strengthened local revenues for one, two, or even more quarters. Existing revenue sources for the City are expected to be flat or enjoy only very modest growth for the foreseeable future.

To stem the tide in the declining national economy, President Barrack Obama created a federal Stimulus program called the American Recovery Reinvestment Act (ARRA). The ARRA funding,

which while winding down, is still providing some much needed funding for initiatives and projects that benefit Inglewood and create local jobs.

The Hollywood Park Land Company has made encouraging progress with respect to developing plans and obtaining necessary entitlements and permits. Its ambitious development vision is widely and accurately regarded as having transformational qualities for the Inglewood community and its local economy. However, the full effect of the lingering recession on build-out schedules is unknown at this time, and it is unlikely the project can begin to fulfill its promise as a powerful local economic stimulus for a few years yet.  Similarly, no new development projects of major significance are currently underway that have the potential to alter the City's financial outlook in the year ahead.

## ❖   THE PROPOSED FY 2010-2011 BUDGET

The City develops an annual *consolidated* budget. The pages that follow include new revenue *and expenditure* levels for the City's various agencies, authorities, and special funds that are less volatile and less directly affected by economic forces influencing the City's General Fund. You will also find a proposed General Fund annual operating budget that includes updated revenue estimates predicated on best available information, coupled with forecasts of economic conditions for the region in the months ahead.   However, you will find that the operating department (as well as non-departmental) program expenditure pages largely mimic current year resource allocation levels.  Some changes have been made to maintenance and operation line items, with additional cuts likely in categories such as contract services.

Importantly, personnel levels in this proposed General Fund budget are unmodified when compared to the FY 2009-2010 budget, as amended.  Instead, mandatory savings are displayed on each program page containing Personnel Services to achieve savings of nearly $14 million, or roughly the equivalent of the projected General Fund operating deficit in April 2010.  To minimize the impact of indirect and interdepartmental charges the ACA/CFO developed a formula for calculating the "net" General Fund budget for each Department that was approved by the City Council this Spring.

While this gives the public, Mayor and Council, and City staff a better understanding of needed cuts, it is unrealistic to expect that prioritization of services will not occur, or that uniform, across-the-board expenditure cuts can be achieved.  It is also anticipated that other strategies can be employed to reduce the operating deficit, thereby mitigating the impact on workforce reductions.

Overall, the base budget for General Funded Departments is $93.4 million.  Twenty percent reduction to this base (which is essentially the status quo budget) equals $12.6 million.  Since the majority of the Information Technology and Communication Fund (125) is also paid for out of the General Fund, this Department was likewise given a 20% reduction target for its Net General Fund Budget.   This represents another $1.2 million, for a total of $13.8 million in targeted savings.

The largest area of proposed cuts outside the Police Department is the Non-Departmental accounts (99). This is where unfunded retiree health care costs are budgeted annually, as well as where the City's county-contracted Fire Services are shown.  Applying the $5 million net General Fund reduction goal to the Non-Departmental accounts will be very challenging at best, and unachievable if the Fire Services contract, which is up for renewal this year, is not reduced by 20%.  Without adjustments to the Fire Services contract, other core City services, specifically basic policing, will have to absorb further cuts.

**EXHIBIT H**

COI_013412

**009**

❖ **FY 2010/2011 BUDGET BY THE NUMBERS**

The combined proposed FY 2010-2011 budget for the City, its agencies, authorities, and special funds is $284.4 million, down from the modified budget for FY 2009-2010 of $372.6 million.  This large number can be difficult to understand because it includes grant funds, enterprise funds, and other resources that can only be used for very limited and specific purposes. In addition, many of these amounts shown are "double entries" of resources.  This occurs when funds are moved from one fund to be expended out of another. Finally, a substantial amount of special funds are carried over from the prior fiscal year due to delays in planned project expenditures.

A more significant number is the proposed General Fund budget of $80.4 million, which accounts for only 28% of the consolidated budget.  This number is significantly less than the current estimated expenditures of $92.7 million in the FY 2009-2010 General Fund budget. Public Safety expenditures, though reduced from $62.8 million to $56.1 million (prior to any consideration of modifying Fire Services levels) comprise a commanding 70% of the smaller FY 2010-2011 General Fund total.

FY 2010-2011 General Fund revenues are expected to recede approximately $6.4 million, or 7.7% below the adopted FY 2009-2010 revenues to $76.4 million.   This is still $1.1 million ahead of our currently anticipated General Fund revenues of $75.3 million for FY 2009-2010. As noted above, most of the decreases are the result of the faltering economy.

The most distressing figures in the proposed budget are the General Fund beginning balance ($0), the forced savings that must be achieved to avoid a fiscal calamity ($14 million), the projected ending fund balance ($0), and the further depletion of fragile designated reserves by $4.0 million.

❖ **Other Funds and Activities Included in the Budget**

While the basic principles of municipal budgeting are not so different from private corporations, one unique and often confusing element is the presence of numerous funds.  Some Special Funds are required by law, while others may be created for ease of accounting since most funds contain monies that are restricted by statute.   Consistent with many cities our size, Inglewood has an assortment of funds including:  Redevelopment, Water, Sewer, Sanitation, Housing, Residential Sound Insulation (RSI), Community Development Block Grant (CDBC), Gas Tax, and Grants.  In the aggregate, these "special" funds total tens of millions of dollars and dwarf the General Fund.  However, these funds are "dedicated" and cannot (with the exception of some grants that often require an expansion of program services) be used to pay for core municipal services such as police, fire, library, parks and recreation, and administrative support services.

This budget includes $68 million for Redevelopment Agency activities, $83 million for Capital Improvement Projects including Redevelopment Projects, and over $39 million for Enterprise Funds.  While generally more self-supporting and resilient, Special Funds and Enterprise Funds can experience financial trouble as well, which is the reason the City's Financial Policy dictates that all Funds must be operationally balanced.

Unfortunately, several are not. The Housing Fund is operating at a deficit and is currently being subsidized by other funds.  Discussions and negotiations are underway with HUD relative to federal funding levels and program administration issues that should result in eliminating the fund's operating deficit. However, a substantial, one-time charge-off to the General Fund of

**EXHIBIT H**

COI_013413

historical losses may be required.  The Water Fund maintains a positive but flagging balance, and a rate increase is needed very soon to eliminate its long-standing operational deficit and prevent it from becoming a liability to the General Fund.

The more complex Internal Service Fund (125) that supports the Information Technology and Communications (ITC) department draws its support from both Parking Ticket System enterprise fees, as well as internal service charges. Internal service charges are charges ITC levies against other City operating departments for a broad menu of support services they provide. ITC's traditionally strong balance sheet will suffer this coming year as a result of losing a service contract with its largest customer, representing almost 25% of its annual parking ticket processing revenue. Corresponding reductions in operating costs will occur, however, changes this year in the City's method of calculating indirect overhead charges gives the appearance the Fund is operating at a deficit.

❖ **FRAMEWORK FOR RESTORING GF BUDGET BALANCE**

As a backdrop to any discussion of restoring General Fund operating balance, it is important to note that Inglewood has been living beyond its means for many years.  A host of one-time revenues were substituted for the fiscal discipline necessary to establish and maintain a *structurally balanced budget*, in which recurring expenditures do not exceed recurring revenues. Today, in the context of the worst financial downturn in generations, the imbalance represents a sizeable 15% gap.  And, though aspects of municipal budgeting can be multifaceted, curing a budget deficit is not; expenditures have to be reduced or revenues must be increased. Often, both approaches are used in tandem.

The longer operating deficit budgets reflecting a structural imbalance fester in an organization, the more fragile its fiscal health becomes. Remedy options become fewer and less palatable, and likely more urgently needed.

Though many details remain to be fleshed out in this tentative budget, work is underway to achieve a balanced operating budget during Fiscal Year 2010-2011.   Strategies already being considered include: further organizational streamlining, implementing alternative service delivery models, revenue enhancements, maximizing inter-governmental funding opportunities, the lease or sale of select City assets, and spending cutbacks.

*In light of the disproportionate amount of General Fund dollars spent on personnel costs, it is an unavoidable fact that closing the gap between dwindling revenues and growing expenditures will require a combination of employee wage and benefit concessions and a reduction in workforce size. Though we will exhaust all efforts to avoid dismissing full-time employees, layoffs are likely.*

Subject to Council study and review, a framework for closing the FY 2010-2011 operating deficit currently taking form by Staff is displayed in the following table. Figures are shown in millions of dollars.

**EXHIBIT H**

COI_013414

011

| Deficit Reducing Strategies | Annualized Net Savings | FY 2010-2011 Net Savings |
|---|---|---|
| Fire Services Contract | 3.0 | 2.5 |
| Eliminate General Fund Subsidies to the Assessment Districts | 0.7 | 0.7 |
| HUD-Approved Cost Allocation | 1.0 | 1.0 |
| Revenue Growth | 1.5 | 0.8 |
| Redevelopment Fair Share | 0.5 | 0.5 |
| Maintenance & Operations Savings | 0.5 | 0.5 |
| One-Time Revenues | 0.0 | 2.0 |
| General Fund Employee Wage and Benefit Concessions | 3.1 | 3.1 |
| **Workforce Reductions** | | |
| Early Retirement Incentives | 3.0 | 3.0 |
| Current Vacancy Savings | 1.8 | 1.8 |
| Layoffs | 2.5 | 1.2 |
| Designated Reserve Draw | 0.0 | 0.5 |
| **TOTAL** | **$17.6** | **$17.6** |

Recalling that the personnel costs make up over 80% of the General Fund, this proposed framework must focus, by necessity, on personnel cost reductions. However, the severity of potential layoffs required to effect a workforce reduction is mitigated by a hiring freeze that has resulted in numerous position vacancies, as well as the possibility of offering early retirement incentives to dozens of eligible employees. It is important to note that total employee concessions can only be achieved through the good faith collective bargaining process, and that the concession amount of $3.1 million in the table above reflects a 70% General Fund portion of the larger $4.5 million needed from the full workforce. Finally, at least a portion of the anticipated revenue growth is contemplated from new specific (as opposed to general) taxes that will require voter approval.

Staff will continue to work with the Mayor and City Council, employee groups, and the larger community to develop new strategies that can restore structural balance to the City's General Fund, preserve City jobs and service levels, and facilitate long-term economic recovery in the community.

❖ **BY PRODUCTS OF FISCAL ILL HEALTH AND ITS CURE**

Inglewood has a proud tradition of providing first-class municipal services that contribute to public safety and welfare and enrich quality of life. While the underlying values and employee commitment to this mission remain steadfast, the capacity to provide previous service levels is suffering.

It is anathematic to suggest a reduction in service levels, but this is now the inescapable result of a profound and protracted recession that has seen City revenues drop precipitously. We will not permit basic public safety services to be compromised, but beyond that, there will be program eliminations, service hour reductions, and slower response to many City Council and public requests for assistance. Efforts will continue to work harder and smarter, but it is important to be realistic with regard to lowering expectations—not for the strength of our effort or our standard of customer care, but for organizational productivity levels. Increased service demands and expanded service offerings notwithstanding, a City workforce that once numbered

**EXHIBIT H**

COI_013415

012

more than a 1,000 full-time employees will be shrinking to near 600 before the present crisis abates. In the face of watching some of their colleagues lose their jobs, remaining City employees will be asked to make wage and working condition sacrifices while straining to take up the slack. They will need, and deserve, our patience and understanding.

Organizational downsizing and employee departures in past years have given us a painful appreciation of the enormous adverse impact associated with the loss of institutional knowledge. Illustrative of this is the fact that seven department head positions are currently either vacant or occupied in an acting capacity. The *senior most* Department Head on staff has but seven years of tenure with the City.  This is not meant to diminish any of the executives' value or contributions to the organization, but to contrast this fact with prior *average* tenures of City executives that exceeded 20 years.  Loss of institutional knowledge happens as a natural by-product of retirements and routine workforce turnover, but it is paced and offset to some extent by young, innovative incoming talent. Workforce reductions confronting us now will be severe.  The institutional knowledge lost will be vast. On a practical level, it will affect our ability to put problems and their solutions into historical context, and with full understanding and appreciation of the fabric of the community.  Succession planning, to the limited extent it may be present, will be of little value because employees will not be immediately replaced.

## ❖ CONCLUSION

Not unlike many other cities, Inglewood has been slow to respond to the global financial crisis, and it is now feeling the full force of its impact on local government revenues.  The proposed FY 2010-2011Consolidated Annual Operating Budget complies with Charter requirements to adopt a spending plan for the year and permits the City to continue conducting business, but it leaves a great deal of detail to be worked out in the weeks ahead. The proposed budget includes nearly $14 million of unspecified personnel cost savings to the General Fund, and it relies on $4.0 million of designated reserves to achieve structural balance.

A framework for curing the General Fund operating deficit is presented in this message.  As expected, it relies heavily on employee wage and benefit concessions and workforce reductions made more appealing, in part, through early retirement incentives. The framework also incorporates new revenues, contract reductions, new cost allocations, the elimination of General Fund subsidies to assessment districts, one-time revenues, and a modest draw on the City's delicate designated reserves that is significantly less than cited in the proposed budget.

It bears repeating that the adoption of the proposed budget gives us tools and time to address the General Fund operating deficit; in itself, however, it provides no solutions. Restoring fiscal balance to the General Fund will require smart, insightful staff recommendations, political leadership and uncommon courage, employee cooperation, and an informed, understanding public. The challenge is urgent and demanding; there is no margin for failure and no luxury of further delay.

Once a plan is in place, active management will be required to ensure savings and revenue generation goals are achieved.  The City has learned that the best laid plans consigned to paper without embrace in practice will not succeed.  Full cost recovery for fee-based services is essential, and supervisors will have to diligently monitor overtime, consumables, the delivery of contracted services, and employee actions that can result in insurance claims or liability awards. The ability to reduce government spending through conscientious oversight and fiscally prudent practices by *all* employees cannot be overstated; it is real.

**EXHIBIT H**

In recent years, legislative reforms have made it more difficult to arbitrarily raise taxes, and intergovernmental funding has been cut nearly in half. California's redevelopment law, for cities such as Inglewood, must now be regarded as the cornerstone of any plan to restore prosperity. Increment financing, in addition to being an unparalleled tool for stimulating the local economy and strengthening its tax base, has the ability to meet the community's service needs while eliminating blight. Inglewood's future will not only be determined by its public policy acumen, but its ability to attract and hire an Economic and Redevelopment Director with exceptional skills and a proven record of accomplishment. This should be done without delay. Of equal importance, and with a similar sense of urgency, the City must embark on a national search for a permanent City Manager and an all-star management team at the Department Head and Division level. Persistent current vacancies in many key City positions can hinder the City's capacity to stage a strong come back. The City must be poised and ready to take advantage of opportunities, which could prove fleeting, to restore its financial standing, and build for the future.

Cities across the nation and California are confronting an unprecedented challenge. Inglewood, long regarded as *The City of Champions*, knows that success comes to those with character, resolve, and the ability to work together in the face of adversity. Improved housing stock, recent commercial development along iconic Century Boulevard and elsewhere, and the looming transformation of Hollywood Park into a vibrant destination for tourists and residents alike provide us with ample reason for optimism. Inglewood's strength and resilience stems from the cultural and ethnic diversity of its people, the model of open, transparent government we operate under, the leadership in place, and a cadre of professionals dedicated to public service. We will do better than persevere; we will strengthen our financial position and emerge a stronger City.

Respectfully Submitted,

Mark F. Weinberg
City Administrator

**EXHIBIT H**

COI_013417

014



# CITY OF INGLEWOOD
## OFFICE OF THE CITY MANAGER



Approved for Agenda

**All-America City**

**2009**

**DATE:**  May 3, 2011

**TO:**  Mayor and Council Members

**FROM:**  Mark F. Weinberg, City Manager

**SUBJECT:**  FY2010-2011 Mid-Year Budget Amendment and Update

---

**RECOMMENDATION**

It is recommended that the Mayor and Council Members:

1. Authorize amendment to the FY 2010-2011 adopted budget for expenditures and capital projects in amounts specified in Exhibit A and Exhibit C.

2. Authorize amendment to FY 2010-2011 authorized positions table as identified in Exhibit B.

3. Authorize amendment to FY 2010-2011 budget for expenditures related to the Cooperative Agreement with the Redevelopment Agency use of tax increment monies to fund General Fund positions for Redevelopment services as identified in Exhibit D.

4. Adopt the attached Resolution amending the FY2010-2011 annual budget.

**BACKGROUND**

On September 28, 2010, the Mayor and Council Members adopted the FY 2010-2011 consolidated Annual Operating Budget. For a host of reasons articulated in the City Manager's transmittal letter, this budget resembled a continuing budget resolution more than a comprehensive line item description of how to eliminate the General Fund operating deficit, which at that time was estimated to be $17.6M.

Instead, the adopted budget included placeholders for mandated savings in the General Fund of approximately $10.4M in personnel services, $3.7M in employee benefits, and $1.2M in maintenance and operations costs. The Budget Message provided a *Framework* for recovery that built on earlier work to identify core services and painstakingly formulate a workforce reduction plan (of note, the workforce reduction plan was based upon earlier projections of an operating deficit of $13.4M).

**EXHIBIT I**

COI_013429

**015**

The budget deficit continued to mushroom, and there was a strong reluctance to layoff police officers or completely eviscerate the City's workforce. Given that 80% of the General Fund is comprised of personnel costs, it was clear that employee wage and benefit concessions were necessary to avoid fiscal calamity. Negotiations with all six of the City's recognized labor groups, already underway, continued with a renewed sense of importance and urgency. Realistically, however, personnel-related savings could not be expected to trim more than half of the estimated operating deficit without resulting in unacceptable cuts to essential public services. The framework for recovery included deeper cuts to maintenance and operations expenses and contract services, notably the closure of one of the City's four fire stations. The plan also included the elimination of special district and Redevelopment General Fund subsidies, updating the City's cost allocation plan, auditing existing revenue streams, and ensuring that developer and other fees for services captured actual costs borne by the General Fund.

New or enhanced revenues would be vigorously explored, as would private-public partnerships. Modest one-time revenues to offset implementation "lead time" for these actions were planned to avoid drawing on the fragile General Fund balance.

Though the framework for recovery was within reach, the City Manager's Budget Message warned that it would require uncommon political courage and resolve, a host of tough decisions, labor group cooperation, and a measure of good luck with respect to state actions and the nation's economic future. Finally, curing the formidable *operating deficit* would not in itself restore the City's fiscal health. Critical reserves would have to be built up and many unfunded liabilities still need to be addressed.

Work continued or began in earnest on these items, and the Mayor and Council was advised that a FY 2010-2011 mid-year Budget amendment would incorporate subsequent progress.

## DISCUSSION
Both General Fund balance and annual operating deficit projections provided when the FY 2010-2011 Budget was approved in September 2010 have been updated as a result of audit work that began timely in late Fall. Though not yet official, the preliminary audit results indicate that the City's General Fund reserve balance beginning the current FY was $12.4M, or $1.2M higher than the projected $11.2M. The annual operating deficit was also adjusted down from the $17.6M to $15.8M. Both of these figures provide the City's General Fund with some welcome relief; however, neither alters its current financial condition substantially or the need for prescriptive actions.

COI_013430

**EXHIBIT I**

Mayor and City Council / Chairman and Agency Members
FY2010-2011 Mid-Year Budget Amendment and Update
May 3, 2010

Page 3 of 10

### Table 1—Deficit Reduction Strategies

| Deficit Reduction Strategies | Annualized Net Savings | FY2010-2011 Estimate Net Savings | FY2010-2011 Revised Estimate | FY2011-2012 Estimate |
|---|---|---|---|---|
| | | (in Millions of Dollars) | | |
| Fire Contract | 3 | 2.5 | 1.8 | 2.5 |
| Eliminate GF Subsidy to Assessment Districts | 0.7 | 0.7 | 0 | 1.1 |
| HUD-Approved Cost Allocation | 1 | 1 | 0 | 0 |
| *Revenue Growth | 1.5 | 0.8 | 0.725 | 1 |
| Redevelopment Agency (RDA) Fair Share | 0.5 | 0.5 | 0.9 | 1.2 |
| Maintenance and Operations (M&O) Savings | 0.5 | 0.5 | 1.2 | 1.2 |
| One-Time Revenue (Sale of Property to RDA) | 0 | 2 | 2 | 0 |
| GF Employee Wage and Benefit Concessions | 3.1 | 3.1 | 2.2 | 3.2 |
| **Workforce Reductions** | | | | |
| Early Retirement Incentives | 3 | 3 | 1.1 | 1.5 |
| Current Vacancy Savings from Eliminations | 1.8 | 1.8 | 1.8 | 1.8 |
| Hiring Freeze | 0 | 0 | 2.5 | 1.5 |
| Layoffs | 2.5 | 1.2 | 1.2 | 1.2 |
| Overtime Reduction | 0 | 0 | 0.347 | 0.347 |
| Designated Reserve Draw | 0 | 0.5 | 0 | 0 |
| **Totals** | $ 17.6 | $ 17.6 | $ 15.772 | $ 16.547 |

### Table 2—Revenue Growth

| *Revenue Growth: | FY2010-2011 Revised Estimate | FY2011-2012 Estimate |
|---|---|---|
| | (in Millions of Dollars) | |
| Parking Citations | 0.405 | 0.54 |
| Parking Meters | 0.1425 | 0.19 |
| Electronic Payments | 0.027 | 0.036 |
| Vacant Distressed Property | 0.1 | 0.401 |
| Benefit Audit | 0.05 | 0 |
| **Totals** | $ 0.7245 | $ 1.167 |

COI_013431

**EXHIBIT I**

Mayor and City Council / Chairman and Agency Members                    Page 4 of 10
FY2010-2011 Mid-Year Budget Amendment and Update
May 3, 2010

## Personnel Services

The Mayor and Council Members approved a Workforce Reduction Plan (WRP) on October 12, 2010, that included the elimination of vacant positions, involuntary workforce reductions (layoffs), and the offer of an early retirement incentive.  The WRP called for the elimination of 82 fulltime and 33 permanent part-time and part-time positions. To date, 67 fulltime and 19 fulltime-equivalent positions have been eliminated. Of the total fulltime positions eliminated, 51 were in the General Fund.  This will save an estimated $5M total for the City and $4.1M for the General Fund in the current year and $4.5M for FY2011-2012.  The personnel revision details can be found in Exhibit B.

Over the course of seven months and after more than 70 separate bargaining sessions, the City successfully negotiated employee wage and benefit concessions for all six of its collective bargaining groups.    Implementing two-year labor agreements, which contained savings resulting largely from non-paid furloughs, will achieve approximately $2.2M in savings during the current year, and $3.2M in FY 2011-2012 when the furloughs are in place for the full twelve months. In the spirit of shared sacrifice, the Mayor, Council Members, City Clerk, and City Treasurer also voluntarily agreed to donate 10% of their salary back to the City.

Additionally, costs charged to the General Fund for personnel found to be providing services to the Redevelopment Agency were transferred to the Agency via a cooperative agreement approved between the Council and the Agency on December 14, 2010 (Exhibit D). These costs, which will now be paid for with tax increment as is provided for under law, total $900K for the current year and are expected to save $1.2M in FY 2011-2012.

The combined personnel savings from employee wage and benefit concessions, workforce reduction, the continued hiring freeze, and the City-Agency cooperative agreement cited above total $10.0M for FY 2010-2011 and $10.7M in FY 2011-2012.

## Maintenance and Operations

The City's deficit reduction strategy included the closure of Fire Station 172 in North Inglewood.  This station was closed only after the Los Angeles County Fire Chief assured the City that no appreciable reduction in fire and life safety response time would occur.  While the engine company was eliminated, the Paramedic Unit assigned to Fire Station 172 was redeployed to the City's Main Fire Station just 1.2 miles away. This 36-month closure went into effect during the second quarter of this fiscal year and will produce $1.8M in savings this year, followed by approximately $2.5M in savings during each of the next two years, depending on adjustments to the annual fire services contract fee.

City staff called upon vendors who do business in Inglewood to collectively reduce their contracts by 10% where possible.

COI_013432

**EXHIBIT I**

During the Three-month Budget review process, the City Manager met with Departments to discuss current operations and additional ways of cutting expenditures. A thorough review of the spending history yielded additional savings in overtime of $374,000 and maintenance and operations of over $1.2M. The details of the savings can be found in Exhibit A.

Of particular note is the fact that the Council's direction to eliminate General Fund subsidies of the City's four assessment districts has not yet occurred. These subsidies, totaling $1.1M, and expected to result in partial savings of $700K this fiscal year, have been difficult to eliminate because in nearly all cases services provided to the Districts are delivered by employees who also spend a portion of their work week on non-District tasks. A nuanced approach, which includes some reorganization, job classification and employee staffing, and accounting changes may be necessary before this can be successfully accomplished. However, the full $1.1M in savings will be saved in FY 2011-2012.

## Capital Projects
In preparation for a comprehensive budget amendment, the original Capital Improvement Plan (CIP) schedule included in the approved FY 2010-2011 budget was refined and updated. The review revealed that some projects included in this year's budget had already been completed while others were not likely to be ready to commence. Exhibit C is the new CIP and represents projects in design phases, construction implementation stages, and/or those anticipated to be completed within the fiscal year.

## Revenues
The great recession, coupled with the voter-approved UUT rate rollback, severely reduced General Fund revenues in recent years and contributed to the City's operating deficit. These revenues are expected to be flat, or grow modestly, in the months and years ahead. As a result, an important component of the Deficit Reduction Plan includes maximizing existing revenues and exploring new revenue opportunities— without proposing broad general tax increases.

On November 16, 2010, the Mayor and Council approved an ordinance requiring the registration, inspection, and maintenance of vacant property in distress. Implementation of the new ordinance by the Parks, Recreation and Community Services Department has the potential of adding $400K in annual revenues to the General Fund, of which $100K is projected for this fiscal year.

Routine sales, transient occupancy, property, business, and other tax audits will be augmented this year by an employee benefits audit designed to ensure that proper premiums are being paid for eligible employees and covered benefits. This audit, employing a recovery-based commission fee model, is expected to provide modest-to-moderate recurring annual operating savings. Likewise, Council approved a

**EXHIBIT I**

COI_013433

comprehensive fee study to enable the City to calculate and recover the actual costs for providing user-specific services to residents, businesses, developers, and others using City services. Finally, Council also approved updating the City's cost allocation rate which, in turn, permits the General Fund to fully recover indirect overhead costs from special funds, enterprise funds, and federal and state grants.

Staff completed and submitted to the City Council a request to raise parking meter rates and parking violation fines. These actions will encourage parking regulation compliance and improve circulation and accessibility to local businesses and services. Incorporated into the approved amendment is a provision that allows the City to collect an electronic payment convenience fee and to pass through certain surcharges imposed by the State. The revised schedules will boost General Fund revenues over $500K this fiscal year and upwards of $760K annually. Council also approved a modest increase to tow fees that is expected to add 2%-4% additional revenue for tow fees collected by the City. Renewed efforts have also been undertaken to collect outstanding and delinquent fines and fees related to overdue library materials, unpaid water and sewer bills, and other charges.

In March 2010, the Inglewood City Council approved Ordinance No. 10-06, which established new Super Graphic Wall Sign standards. This new ordinance permits the display of oversized contemporary advertising graphics on the exterior of buildings adjacent to freeways and requires the sign company to pay the City and the City's Redevelopment Agency 15% and 10%, respectively, of advertising revenue. The amount received thus far suggests that the General Fund could enjoy an annual windfall of close to $1M annually from this revenue source, which greatly helps to offset the decline in other economy-sensitive revenue categories.

Inglewood's tax burden is already high, and there are few opportunities for adding new general taxes. However, one tax increase that was explored following the approval of the FY 2010-2011 budget was the Property Transfer Tax. It was projected that Inglewood might be able to collect as much as $20M in higher transfer taxes over the next 10 years, and that the vast majority of current residents would likely not be affected by adjusting the rate from the present $.50 per $1,000 sales price to a rate closer to Los Angeles and Culver City, both of which have a rate of $4.50 per $1,000. Polling in the Fall to determine if the measure would be viable, suggested its prospects for voter approval would be much better in the Fall 2011 or Spring 2012. Considering increasing this tax, which customarily is paid for by real property purchasers, at some time in the future is still an option.

Revival of the Forum as a more often utilized sports and entertainment venue can also be expected to result in sharply increased admissions, parking, sales, utility, and (if sold) property taxes. Depending on if and when the property transfers ownership, the event booking activity level, and until how the City might wish to treat such revenues is

**EXHIBIT I**

known, the net effect of this development on General Fund revenues still remains
uncertain.

### One-Time Revenues
City Council adopted a resolution agreement on March 8, 2011, for the sale of real
property to the Redevelopment Agency for redevelopment purposes for $5.8 million.
This action provided one-time revenue to the General Fund and has little affect on how
the community can utilize this asset.

### Current Outlook
The Mayor's recent assessment of the state of the City as being *optimistic* is certainly
justified in the context of progress made to strengthen our financial position.
Preliminary FY 2009-2010 audit figures indicate that the City's operating deficit for the
year was $15.8M, or $1.8M less than the projected $17.6M. This, and other accounting
reviews, also resulted in a beginning FY 2010-2011 General Fund reserve balance of
$12.4M.

The Council-approved Deficit Reduction Plan (Table 1), which sought to erase an
anticipated $17.6M General Fund operating deficit will successfully save $13.8M in
recurring expenditures this year. When supplemented by $2M in one-time revenues,
the $15.8M projected operating deficit should effectively be erased. Approximately
$720K in new or enhanced General Fund revenues (Table 2) are also projected for the
current Fiscal Year, however these revenues are likely to do little more this year than
offset revenue declines in other categories. Importantly, recurring General Fund
operating savings during FY 2011-2012 (exclusive of the need for one-time revenues)
should total $16.5M, and new and enhanced General Fund revenues enacted this year
are expected to climb to $1.17M. These expenditure savings coupled with revenue
increases could bring us into *structural* balance next fiscal year if expenses outside our
control such as benefit costs and State actions have little adverse impact.

This progress fending off financial insolvency and creating inroads to restore fiscal
health should not be understated, nor should it be oversold as having cured our
problems. Even the urgent and immediate relief from deficit spending can be
considered short-lived. This relief is tied to substantial employee wage and benefits
concessions ($3.2M), which expire in September 2012, and a workforce reduction and
hiring freeze ($7.5M) that is not sustainable over the long run without unacceptable
service reductions that may affect quality of life issues and economic development.
Similarly, contract service and operating supply cuts, which have been pared back so
severely as to affect service delivery, will need to be restored.

Capital Improvement Projects financed by the City's General Fund have been
eliminated for many years and will likewise need to be restored if Inglewood is to have a
safe and effective infrastructure that provides both aesthetic appeal and a foundation for
robust development. This is particularly true given the decline in inter-governmental

COI_013435

**EXHIBIT I**

funding for such projects as a result of federal and state spending cuts.  As has been
chronicled before, deferred maintenance of City-owned facilities is reaching crisis
proportions.  Seismic retrofitting, sprinkler fire suppression systems, ADA and other
code compliance modifications, and the replacement of elevators and other aging
mechanicals representing tens of millions of dollars must be addressed in the near term.
Nearly as urgent is the need to begin replacing fleet and other public works equipment
long past their useful life.  Finally, both software and hardware acquisitions are needed
to support the City's core business functions.

The City's $12.4M General Fund reserve balance at the beginning of the current fiscal
year will likely be reduced by approximately $5.9M when prior loans to the Housing
Authority are finally written off as uncollectable, and leave pay-out in connection with the
recent workforce reduction is completed.  Another $3.8M of $5.8M in proceeds from the
earlier cited sale of City property (not needed to fill the current year's operating gap) will
result in an estimated General Fund Reserve balance of $10.3M at the end of the
current fiscal year. This amount is insufficient to fund designated reserves for general
liability, vacation and sick leave payout, equipment replacement, and other reserves.
*Undesignated reserves,* or the City's "rainy day" fund to accommodate unforeseen
contingencies, as well as fluctuations in recurring revenues, have been completely
depleted and must be re-established.  The current global economic collapse punctuates
the importance of maintaining healthy undesignated reserves.    Formerly, it was
recommended that these reserves be maintained at between 5% and 15% of the annual
operating budget, but lessons learned from the current global financial collapse are
likely to push these percentages upward.  Inglewood's undesignated reserves today
should be $15M or more.

Increases in Public Employees Retirement System (PERS) and medical premium
contributions can be expected to continue. These increases will be moderated
significantly by a reduction in the workforce, as well as new labor agreements
introducing tiered retirement plans and employee contributions to medical premiums.
Municipal government financing capacity limits, together with broad-based reforms in
the workplace, will require that more progress be made regarding benefit caps and
employee-employer shared costs.

Of all the financial challenges that confront Inglewood, by far the most formidable will be
addressing the City's unfunded *other post-employment benefits*, commonly referred to
as OPEBs.  The amount of this unfunded liability to pay for medical and other insurance
benefits is now estimated by our actuary to grow to $167 million over the next 30 years,
assuming we continue to fund it on the "pay as you go" cash method.  Our funding gap
on an annual basis is approximately $8M, and a plan to finance already accrued costs,
as well as reduce future OPEB liability, is essential to avoid catastrophic consequences
in the years ahead.

COI_013436

**EXHIBIT I**

## ORGANIZATIONAL MODIFICATIONS

While it is recommended that a broad-based reorganization be deferred until the permanent City Manager is in place, some personnel changes are included in the attached FY 2010-2011 mid-year Budget amendment. These include the elimination of one Executive Assistant to the Mayor and one Senior Administrative Analyst formerly assigned to the Mayor's Office, offset by the addition of a Senior Assistant to the Mayor and a part-time Council (bilingual) Assistant intended to provide community liaison services. A Deputy City Manager is being transferred from the ITC Department to the City Manager's Office and will be responsible for major contract administration, public information, legislative analysis, and driving the weekly agenda development, among other duties. Also in the City Manager's Office, one Executive Secretary position (currently vacant) is being downgraded to Administrative Secretary, while one Administrative Aide position is being upgraded to Administrative Secretary. Other areas where staff overtime is high due to reductions in force and retirements are also being evaluated, as potential position upgrades from hourly classifications to management/professional classifications could eliminate paid overtime in favor of compensatory time.

Several "manager" classifications are being proposed for a number of smaller operating departments to give the Council the opportunity to fill key management positions without the extra expenses associated with executive status. While this is a viable, prudent, and even advisable interim strategy for reducing the salary load in the short-term, executive directorships should be restored as the City's fiscal health improves. This will be important in order to attract quality professionals, to provide career pathways for existing talent, and to ensure that our operating departments have executive-level leadership and management.

## CONCLUSION

The City has made notable progress in addressing the City's alarming financial condition first illuminated in April 2010. A Deficit Reduction Plan approved by the Mayor and Council has largely been successful in curbing expenditures and enhancing revenues. The attached FY 2010-2011 mid-year budget amendment reflects measures taken to reduce the workforce, trim labor agreement costs, cut operating expenses, and boost revenues. The result is a projected FY 2010-2011 General Fund budget that is balanced with the aid of a modest one-time revenue source, and a FY 2011-2012 General Fund budget that may well be structurally balanced. However, notwithstanding this notable progress, the City must continue to achieve personnel-related savings, pursue long-term wage and benefit reforms, find new and diverse sources of revenue, vigorously explore public-private partnerships, and put in place plans to finance deferred costs and unfunded liabilities.

**EXHIBIT I**

COI_013437

## DESCRIPTION OF ANY ATTACHMENTS

1. EXHIBIT A- Detail Listing of adjustments to various expenditure line items.

2. EXHIBIT B- FY2010-2011 Amended Authorized Positions.

3. EXHIBIT C & CIP Fund Summary and Detail- FY2010-2011 Amended Capital Improvement Project Budget.

4. EXHIBIT D- FY2010-2011 Redevelopment Fair Share Distribution of Funding.

5. Resolution-Amending the FY2010-2011 Budget

**LEGAL REVIEW VERIFICATION** _CRS_
This report, in its entirety, has been submitted, reviewed, and approved by the Office of the City Attorney.

**FINANCE REVIEW VERIFICATION**
This report, in its entirety, has been submitted, reviewed, and approved by the Finance Department.

**PREPARED BY:**          Mark F. Weinberg, City Manager
                          Sharon Koike, Finance Director
                          Yolanda Douglas, Senior Budget Analyst
                          Keauonna Buckhanon, Senior Budget Analyst

**COUNCIL PRESENTER:**    Mark F. Weinberg, City Manager

**PROOFREAD FOR ACCURACY:**

COI_013438

**EXHIBIT I**

# EXHIBIT

# A

COI_013439

**EXHIBIT I**

## EXHIBIT A-AMENDMENTS TO FY2010-2011 BUDGET

| FUND | DEPT | DIVISION | OBJECT CODE | DESCRIPTION | FY2010-2011 CURRENT BUDGET | FY2010-2011 AMENDED BUDGET | SAVINGS |
|---|---|---|---|---|---|---|---|
| 001 | 010 | 1000 | 44300 | TRAVEL & SUBSISTENCE | 20,000.00 | 18,220.00 | (1,780.00) |
| 001 | 010 | 1001 | 42100 | COMMUNITY EVENT SPONSORSHIP | 3,500.00 | 3,098.00 | (402.00) |
| 001 | 010 | 1001 | 44300 | TRAVEL & SUBSISTENCE | 7,500.00 | 7,080.00 | (420.00) |
| 001 | 010 | 1002 | 42100 | COMMUNITY EVENT SPONSORSHIP | 3,500.00 | 3,098.00 | (402.00) |
| 001 | 010 | 1002 | 44300 | TRAVEL & SUBSISTENCE | 7,500.00 | 7,080.00 | (420.00) |
| 001 | 010 | 1003 | 42100 | COMMUNITY EVENT SPONSORSHIP | 3,500.00 | 3,098.00 | (402.00) |
| 001 | 010 | 1003 | 44300 | TRAVEL & SUBSISTENCE | 7,500.00 | 7,080.00 | (420.00) |
| 001 | 010 | 1004 | 42100 | COMMUNITY EVENT SPONSORSHIP | 3,500.00 | 3,098.00 | (402.00) |
| 001 | 010 | 1004 | 44300 | TRAVEL & SUBSISTENCE | 7,500.00 | 7,080.00 | (420.00) |
| 001 | 012 | 1200 | 44300 | TRAVEL & SUBSISTENCE | 6,500.00 | 6,150.00 | (350.00) |
| 001 | 012 | 1200 | 44500 | DUES AND SUBSCRIPTIONS | 1,200.00 | 750.00 | (450.00) |
| 001 | 012 | 1200 | 45012 | SPECIAL EXPENSE | 6,800.00 | 5,000.00 | (1,800.00) |
| 001 | 015 | 1510 | 45015 | SPECIAL EXPENSE-LEGAL DEPT | 24,000.00 | 15,000.00 | (9,000.00) |
| 001 | 020 | 2010 | 43600 | OFFICE SUPPLIES | 12,000.00 | 8,000.00 | (4,000.00) |
| 001 | 020 | 2010 | 11100 | REGULAR OVERTIME | 5,100.00 | - | (5,100.00) |
| 001 | 021 | 2165 | 44821 | CONTRACT SERVICES | 12,000.00 | 6,000.00 | (6,000.00) |
| 001 | 021 | 2165 | 45021 | SPECIAL EXPENSE-HUMAN RESOURCES | 74,184.20 | 69,184.20 | (5,000.00) |
| 001 | 025 | 2523 | 43600 | OFFICE SUPPLIES | 3,000.00 | 1,000.00 | (2,000.00) |
| 001 | 025 | 2523 | 44825 | CONTRACT SERVICES | 1,000.00 | 500.00 | (500.00) |
| 001 | 025 | 2531 | 43600 | OFFICE SUPPLIES | 12,000.00 | 7,000.00 | (5,000.00) |
| 001 | 025 | 2531 | 44825 | CONTRACT SERVICES | 3,000.00 | - | (3,000.00) |
| 001 | 025 | 2541 | 43600 | OFFICE SUPPLIES | 13,897.87 | 10,897.87 | (3,000.00) |
| 001 | 025 | 2541 | 45025 | SPECIAL EXPENSES | 1,500.00 | - | (1,500.00) |
| 001 | 025 | 2544 | 44825 | CONTRACT SERVICES | 10,000.00 | 5,000.00 | (5,000.00) |
| 001 | 045 | 4510 | 11100 | REGULAR OVERTIME | 9,100.00 | 15,000.00 | 5,900.00 |
| 001 | 045 | 4510 | 43600 | OFFICE SUPPLIES | 15,000.00 | 12,000.00 | (3,000.00) |
| 001 | 045 | 4510 | 44845 | CONTRACT SERVICES | 75,775.00 | 71,775.00 | (4,000.00) |
| 001 | 045 | 4510 | 45045 | SPECIAL EXPENSE | 12,000.00 | 6,000.00 | (6,000.00) |
| 001 | 045 | 4512 | 11100 | REGULAR OVERTIME | 18,600.00 | 15,000.00 | (3,600.00) |
| 001 | 045 | 4512 | 43600 | OFFICE SUPPLIES | 3,000.00 | - | (3,000.00) |
| 001 | 045 | 4512 | 44845 | CONTRACT SERVICES | 63,036.00 | 30,036.00 | (33,000.00) |
| 001 | 045 | 4512 | 45045 | SPECIAL EXPENSE | 8,000.00 | 1,000.00 | (7,000.00) |
| 001 | 045 | 4520 | 11100 | REGULAR OVERTIME | 18,600.00 | 15,000.00 | (3,600.00) |
| 001 | 045 | 4520 | 43600 | OFFICE SUPPLIES | 15,000.00 | 13,000.00 | (2,000.00) |
| 001 | 045 | 4520 | 44100 | UNIFORMS | 55,000.00 | 40,000.00 | (15,000.00) |
| 001 | 045 | 4520 | 44418 | TRAINING-POST | 251,427.20 | 126,427.20 | (125,000.00) |
| 001 | 045 | 4520 | 44845 | CONTRACT SERVICES | 109,205.17 | 89,205.17 | (20,000.00) |
| 001 | 045 | 4520 | 45045 | SPECIAL EXPENSE | 421,950.62 | 216,950.62 | (205,000.00) |
| 001 | 045 | 4525 | 44845 | CONTRACT SERVICES | 17,449.00 | 14,449.00 | (3,000.00) |
| 001 | 045 | 4525 | 45045 | SPECIAL EXPENSE | 6,000.00 | 3,000.00 | (3,000.00) |
| 001 | 045 | 4526 | 11100 | REGULAR OVERTIME | 24,370.00 | 25,000.00 | 630.00 |
| 001 | 045 | 4526 | 43600 | OFFICE SUPPLIES | 28,500.00 | 15,000.00 | (13,500.00) |
| 001 | 045 | 4526 | 44845 | CONTRACT SERVICES | 30,000.00 | 15,000.00 | (15,000.00) |
| 001 | 045 | 4527 | 11100 | REGULAR OVERTIME | 98,600.00 | 47,100.00 | (51,500.00) |
| 001 | 045 | 4527 | 44845 | CONTRACT SERVICES | 120,000.00 | 75,000.00 | (45,000.00) |
| 001 | 045 | 4529 | 11100 | REGULAR OVERTIME | 73,860.00 | 50,000.00 | (23,860.00) |
| 001 | 045 | 4529 | 44845 | CONTRACT SERVICES | 116,175.00 | 86,175.00 | (30,000.00) |
| 001 | 045 | 4529 | 45045 | SPECIAL EXPENSE | 94,383.58 | 54,383.58 | (40,000.00) |
| 001 | 045 | 4530 | 11100 | REGULAR OVERTIME | 178,780.00 | 102,100.00 | (76,680.00) |
| 001 | 045 | 4530 | 43600 | OFFICE SUPPLIES | 20,000.00 | 15,000.00 | (5,000.00) |
| 001 | 045 | 4530 | 44845 | CONTRACT SERVICES | 60,000.00 | 55,000.00 | (5,000.00) |
| 001 | 045 | 4530 | 45045 | SPECIAL EXPENSE | 25,000.00 | 12,000.00 | (13,000.00) |
| 001 | 045 | 4531 | 11100 | REGULAR OVERTIME | 34,900.00 | 14,100.00 | (20,800.00) |
| 001 | 045 | 4531 | 44845 | CONTRACT SERVICES | 17,000.00 | 7,000.00 | (10,000.00) |
| 001 | 045 | 4531 | 45045 | SPECIAL EXPENSE | 20,000.00 | 10,000.00 | (10,000.00) |
| 001 | 045 | 4534 | 11100 | REGULAR OVERTIME | 69,310.00 | 75,000.00 | 5,690.00 |
| 001 | 045 | 4540 | 11100 | REGULAR OVERTIME | 56,195.00 | 48,000.00 | (8,195.00) |
| 001 | 045 | 4547 | 11100 | REGULAR OVERTIME | 123,770.00 | 100,000.00 | (23,770.00) |
| 001 | 045 | 4547 | 43700 | POSTAGE | 13,000.00 | - | (13,000.00) |
| 001 | 045 | 4547 | 44845 | CONTRACT SERVICES | 21,000.00 | 20,000.00 | (1,000.00) |
| 001 | 045 | 4550 | 11100 | REGULAR OVERTIME | 910,800.00 | 938,800.00 | 28,000.00 |
| 001 | 045 | 4550 | 44845 | CONTRACT SERVICES | 45,000.00 | 35,000.00 | (10,000.00) |
| 001 | 045 | 4550 | 45045 | SPECIAL EXPENSE | 38,000.00 | 33,000.00 | (5,000.00) |
| 001 | 045 | 4551 | 11100 | REGULAR OVERTIME | 62,380.00 | 50,000.00 | (12,380.00) |
| 001 | 045 | 4553 | 11100 | REGULAR OVERTIME | 102,740.00 | 50,000.00 | (52,740.00) |
| 001 | 050 | 5020 | 44850 | CONTRACT SERVICES | 22,500.00 | 17,500.00 | (5,000.00) |
| 001 | 050 | 5030 | 11100 | REGULAR OVERTIME | 16,900.00 | 3,500.00 | (13,400.00) |
| 001 | 050 | 5040 | 11100 | REGULAR OVERTIME | 7,700.00 | 1,500.00 | (6,200.00) |
| 001 | 050 | 5040 | 44850 | CONTRACT SERVICES | 5,000.00 | 2,000.00 | (3,000.00) |
| 001 | 050 | 5050 | 11100 | REGULAR OVERTIME | 15,700.00 | 2,000.00 | (13,700.00) |
| 001 | 050 | 5050 | 43600 | OFFICE SUPPLIES | 5,200.00 | 5,000.00 | (200.00) |
| 001 | 050 | 5060 | 11100 | REGULAR OVERTIME | 4,600.00 | 1,200.00 | (3,400.00) |
| 001 | 050 | 5070 | 11100 | REGULAR OVERTIME | 15,500.00 | 3,500.00 | (12,000.00) |
| 001 | 050 | 5070 | 45050 | SPECIAL EXPENSE | 2,600.00 | 1,000.00 | (1,600.00) |
| 001 | 050 | 5071 | 11100 | REGULAR OVERTIME | 2,800.00 | 1,500.00 | (1,300.00) |
| 001 | 060 | 6021 | 29000 | SALARIES-PROJECTS | (251,750.00) | (168,945.00) | 82,805.00 |
| 001 | 060 | 6021 | 29004 | BENEFITS-PROJECTS | (88,510.00) | (44,415.00) | 44,095.00 |

Page 1 of 3

COI_013440

## EXHIBIT I

026

| FUND | DEPT | DIVISION | OBJECT CODE | DESCRIPTION | FY2010-2011 CURRENT BUDGET | FY2010-2011 AMENDED BUDGET | SAVINGS |
|---|---|---|---|---|---|---|---|
| 001 | 060 | 6021 | 44860 | CONTRACT SERVICES | 25,225.00 | 20,000.00 | (5,225.00) |
| 001 | 060 | 6033 | 45060 | SPECIAL EXPENSES | 77,580.00 | 60,000.00 | (17,580.00) |
| 001 | 060 | 6035 | 45060 | SPECIAL EXPENSE | 73,200.00 | 50,000.00 | (23,200.00) |
| 001 | 060 | 6063 | 11100 | REGULAR OVERTIME | 41,500.00 | 10,000.00 | (31,500.00) |
| 001 | 060 | 6063 | 44860 | CONTRACT SERVICES | 132,753.24 | 118,853.24 | (13,900.00) |
| 001 | 060 | 6063 | 45060 | SPECIAL EXPENSE | 175,648.57 | 153,048.57 | (22,500.00) |
| 001 | 070 | 7010 | 11100 | REGULAR OVERTIME | 4,200.00 | 2,000.00 | (2,200.00) |
| 001 | 070 | 7010 | 44870 | CONTRACT SERVICES | 9,000.00 | 4,000.00 | (5,000.00) |
| 001 | 070 | 7021 | 11100 | REGULAR OVERTIME | 17,100.00 | 3,000.00 | (14,100.00) |
| 001 | 070 | 7021 | 43101 | UTILITIES-ELECTRIC | 175,000.00 | 125,000.00 | (50,000.00) |
| 001 | 070 | 7021 | 44870 | CONTRACT SERVICES | 37,250.00 | 30,000.00 | (7,250.00) |
| 001 | 070 | 7031 | 43101 | UTILITIES-ELECTRIC | 65,000.00 | 40,000.00 | (15,000.00) |
| 001 | 070 | 7031 | 43201 | UTILITIES-GAS | 5,000.00 | 10,000.00 | 5,000.00 |
| 001 | 070 | 7032 | 45100 | PROGRAM EXPENSE | 24,000.00 | 20,000.00 | (4,000.00) |
| 001 | 070 | 7042 | 45070 | SPECIAL EXPENSE | 8,000.00 | 7,000.00 | (1,000.00) |
| 001 | 070 | 7046 | 45070 | SPECIAL EXPENSE | 82,139.06 | 77,139.06 | (5,000.00) |
| 001 | 070 | 7049 | 44870 | CONTRACT SERVICES | 7,500.00 | 2,500.00 | (5,000.00) |
| 001 | 070 | 7050 | 43600 | OFFICE SUPPLIES | 3,000.00 | 1,500.00 | (1,500.00) |
| 001 | 070 | 7050 | 45070 | SPECIAL EXPENSE | 61,251.00 | 50,000.00 | (11,251.00) |
| 001 | 070 | 7053 | 11100 | REGULAR OVERTIME | 12,400.00 | 5,000.00 | (7,400.00) |
| 001 | 070 | 7053 | 43600 | OFFICE SUPPLIES | 8,000.00 | 5,500.00 | (2,500.00) |
| 001 | 070 | 7053 | 43700 | POSTAGE | 5,000.00 | 2,500.00 | (2,500.00) |
| 001 | 070 | 7063 | 45100 | PROGRAM EXPENSE | - | 1,200.00 | 1,200.00 |
| 001 | 098 | 9810 | 45401 | LEASE PATMENTS-CIVIC CENTER | 2,526,690.00 | - | (2,526,690.00) |
| 001 | 098 | 9810 | 45405 | DEBT SERVICE ADMINISTRATION | 5,000.00 | - | (5,000.00) |
| 001 | 098 | 9810 | 49905 | OPERATING TRANSFERS-OUT | 40,000.00 | 2,571,690.00 | 2,531,690.00 |
| 001 | 099 | 9930 | 44050 | MILEAGE EXPENSE | 5,000.00 | 2,500.00 | (2,500.00) |
| 001 | 099 | 9930 | 44300 | TRAVEL & SUBSISTENCE | 90,000.00 | 75,000.00 | (15,000.00) |
| 001 | 099 | 9930 | 44501 | DUES & SUBSCRIPTIONS-INTERGOVT'L | 120,000.00 | 100,000.00 | (20,000.00) |
| 001 | 099 | 9930 | 44807 | SISTER CITY PROGRAM | 15,000.00 | - | (16,000.00) |
| 001 | 099 | 9930 | 44840 | CONTRACT SERVICES-FIRE DEPT | 13,925,548.14 | 12,045,548.14 | (1,880,000.00) |
| 001 | 099 | 9930 | 44893 | CONTRACT SERVICES-PUBLIC BROCAST | 358,125.00 | 240,000.00 | (118,125.00) |
| 001 | 099 | 9930 | 44900 | OPERATIONAL SAVINGS | (1,258,923.00) | - | 1,258,923.00 |
| 001 | 099 | 9930 | 45004 | UTILITY TAX REFUND | 30,000.00 | 20,000.00 | (10,000.00) |
| 001 | 099 | 9930 | 45008 | CITY PROMOTIONAL ACTIVITIES | 308,361.40 | 58,361.40 | (250,000.00) |
| 001 | 099 | 9930 | 45028 | SPECIAL EXPENSE-POLICE OVERSIGHT | 40,000.00 | 20,000.00 | (20,000.00) |
| 001 | 099 | 9930 | 45099 | SPECIAL EXPENSE | 220,000.00 | 150,000.00 | (70,000.00) |
| 001 | 099 | 9930 | 45900 | CONTINGENCY RESERVE | - | 250,000.00 | 250,000.00 |
| 001 | 099 | 9930 | 68000 | OFFICE EQUIPMENT/FURNITURE | 125,000.00 | 75,000.00 | (50,000.00) |
| 001 | 099 | 9931 | 45300 | DEBT PRINICIPAL PAYMENTS | 1,635,000.00 | - | (1,635,000.00) |
| 001 | 099 | 9931 | 45301 | INTEREST EXPENSE | 2,220,445.00 | - | (2,220,445.00) |
| 001 | 099 | 9931 | 49905 | OPERATING TRANSFERS-OUT | - | 3,855,445.00 | 3,855,445.00 |
| 001 | 099 | 9936 | 44717 | RISK MANAGEMENT SERVICES | 15,000.00 | 7,500.00 | (7,500.00) |
| 001 | 099 | 9936 | 44718 | THIRD PARTY DAMAGE TO CITY PROPERTY | 65,000.00 | 35,000.00 | (30,000.00) |
| | | | | **TTL GENERAL FUND** | **25,014,222.05** | **22,922,541.05** | **(2,091,681.00)** |
| 050 | 046 | 4554 | 11100 | REGULAR OVERTIME | 58,290.00 | 5,000.00 | (53,290.00) |
| 050 | 046 | 4554 | 44100 | UNIFORMS | 3,000.00 | 1,000.00 | (2,000.00) |
| 050 | 046 | 4554 | 45045 | SPECIAL EXPENSES | 45,000.00 | - | (45,000.00) |
| | | | | **TTL TRAFFIC OFFENDER FUND** | **106,290.00** | **6,000.00** | **(100,290.00)** |
| 080 | 060 | 6056 | 11100 | REGULAR OVERTIME | 5,100.00 | - | (5,100.00) |
| | | | | **TTL SPECIAL ASSESSMENT FUND** | **5,100.00** | **-** | **(5,100.00)** |
| 125 | 024 | 2420 | 43500 | OFFICE SUPPLIES | 63,000.00 | 3,000.00 | (60,000.00) |
| 125 | 024 | 2420 | 45024 | SPECIAL EXPENSE | 643,143.27 | 443,143.27 | (200,000.00) |
| 125 | 024 | 2420 | 68024 | OFFICE EQUIPMENT/FURNITURE-IT&C | 286,000.00 | 126,000.00 | (160,000.00) |
| 125 | 024 | 2420 | 44900 | OPERATIONAL SAVINGS | (250,000.00) | - | 250,000.00 |
| 125 | 024 | 2440 | 44824 | CONTRACT SERVICES | 433,691.08 | 303,691.08 | (130,000.00) |
| 125 | 024 | 2440 | 45024 | SPECIAL EXPENSE | 211,928.76 | 161,928.76 | (50,000.00) |
| 125 | 024 | 2440 | 44900 | OPERATIONAL SAVINGS | (150,000.00) | - | 150,000.00 |
| 125 | 024 | 2450 | 44824 | CONTRACT SERVICES | 43,150.00 | 33,150.00 | (10,000.00) |
| 125 | 024 | 2450 | 45024 | SPECIAL EXPENSE | 28,600.00 | 18,600.00 | (10,000.00) |
| 125 | 024 | 2450 | 44900 | OPERATIONAL SAVINGS | (50,000.00) | - | 50,000.00 |
| 125 | 024 | 2460 | 44824 | CONTRACT SERVICES | 3,585,743.34 | 2,892,637.34 | (693,106.00) |
| 125 | 024 | 2460 | 44900 | OPERATIONAL SAVINGS | (693,106.00) | - | 693,106.00 |
| 125 | 024 | 2470 | 44824 | CONTRACT SERVICES | 24,000.00 | 14,000.00 | (10,000.00) |
| 125 | 024 | 2470 | 45600 | LEASE/RENTAL-OTHER | 70,000.00 | 35,000.00 | (35,000.00) |
| 125 | 024 | 2480 | 44824 | CONTRACT SERVICES | 131,015.18 | 71,015.18 | (60,000.00) |
| | | | | **TTL ITC FUND** | **4,377,165.63** | **4,102,165.63** | **(275,000.00)** |

Page 2 of 3

COI_013441

**EXHIBIT I**

027

| FUND | DEPT | DIVISION | OBJECT CODE | DESCRIPTION | FY2010-2011 CURRENT BUDGET | FY2010-2011 AMENDED BUDGET | SAVINGS |
|------|------|----------|-------------|-------------|---------------------------|----------------------------|---------|
| 221 | 070 | 7035 | 44870 | CONTRACT SERVICES | 20,931.00 | 3,857.00 | (17,074.00) |
| 221 | 070 | 7082 | 44870 | CONTRACT SERVICES | 61,951.00 | 59,904.00 | (2,047.00) |
| 221 | 070 | 7085 | 44870 | CONTRACT SERVICES | 18,147.00 | 3,597.00 | (14,550.00) |
| 221 | 070 | 7087 | 45070 | SPECIAL EXPENSE | 6,236.00 | 2,936.00 | (3,300.00) |
| | | | | TTL  HUD (CDBG) FUND | 107,265.00 | 70,294.00 | (36,971.00) |
| | | | | TTL FY2010-2011 AMENDED CITYWIDE SAVINGS | 29,502,777.68 | 27,030,706.68 | (2,609,042.00) |

**EXHIBIT I**

COI_013442

028

# EXHIBIT

# B

**EXHIBIT I**

COI_013443

029

030

EXHIBIT B-FY2010-2011 AMENDED AUTHORIZED POSITIONS

## CITY OF INGLEWOOD
## 2010/11 & AMENDED 2010-11 AUTHORIZED POSITIONS
## RECAP BY AGENCY

| | FY 2010/11 | | | FY 2010/11-AMENDED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|
| | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 010 - MAYOR AND CITY COUNCIL | 8.00 | 3.00 | 0 | 7.00 | 3.50 | 0 | -1.00 | 0.50 | 0 |
| 011 - CITY CLERK | 5.00 | 0.50 | 0 | 5.00 | 0.50 | 0 | 0.00 | 0.00 | 0 |
| 012 - CITY TREASURER | 1.00 | 1.00 | 0 | 1.00 | 0.50 | 0 | 0.00 | -0.50 | 0 |
| 015 - CITY ATTORNEY | 18.00 | 0.75 | 0 | 17.00 | 0.00 | 0 | -1.00 | -0.75 | 0 |
| 020 - ADMINISTRATION | 9.00 | 0.00 | 178 | 9.00 | 0.00 | 0 | 0.00 | 0.00 | -178 |
| 021 - HUMAN RESOURCES | 10.00 | 0.45 | 0 | 8.00 | 0.95 | 0 | -2.00 | 0.50 | 0 |
| 024 - INFO TECHNOLOGY & COMM | 28.00 | 1.00 | 150 | 21.00 | 2.00 | 150 | -7.00 | 1.00 | 0 |
| 025 - FINANCE | 46.00 | 1.50 | 360 | 42.00 | 2.50 | 360 | -4.00 | 1.00 | 0 |
| 030 - COMMUNITY DEVELOPMENT | 35.00 | 2.00 | 0 | 29.00 | 2.00 | 0 | -6.00 | 0.00 | 0 |
| 032-RESIDENTIAL SOUND | 25.00 | 0.00 | 0 | 25.00 | 0.00 | 0 | 0.00 | 0.00 | 0 |
| 035 - PLANNING AND BUILDING | 23.00 | 0.00 | 0 | 22.00 | 0.00 | 0 | -1.00 | 0.00 | 0 |
| 045 - POLICE | 286.00 | 31.87 | 46,308 | 266.00 | 25.63 | 38,801 | -20.00 | -6.24 | -7,507 |
| 050 - LIBRARY | 21.00 | 17.95 | 2,085 | 18.00 | 12.34 | 0 | -3.00 | -5.61 | -2,085 |
| 060 - PUBLIC WORKS | 132.00 | 9.00 | 3,968 | 120.00 | 6.50 | 2,936 | -12.00 | -2.50 | -1,032 |
| 070 - PARKS, REC & COMM SERVICES | 84.00 | 52.34 | 2100 | 74.00 | 46.49 | 1808 | -10.00 | -5.85 | -292 |
| CITY TOTAL: | 731.00 | 121.36 | 55,149 | 664.00 | 102.90 | 44,055 | -67.00 | -18.46 | -11,094 |

[POS=FULL TIME POSITIONS/FTE (full time equivalent) POSITIONS/ OT=OVERTIME HOURS]

**EXHIBIT I**

COI_013444

031

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS_TITLE | FY 10/11 POS | FTE | OT | FY 10/11-REVISED POS | FTE | OT | DIFFERENCE POS | FTE | OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | MAYOR | | | | | | | | | |
| | 703-MAYOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 943-EXEC ASSISTANT TO THE MAYOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 880-SENIOR ASST TO THE MAYOR | 0 | 0.00 | 0 | 1 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 604-SR. ADMINISTRATIVE ANALYST | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 129-COMMUNITY CENTER LIAISON | 0 | 0.00 | 0 | 0 | 0.50 | 0 | 0 | 0.50 | 0 |
| 001 | ORGN 1000 | 3 | 0.00 | 0 | 2 | 0.50 | 0 | -1 | 0.50 | 0 |
| 1001 | COUNCIL DISTRICT #1 | | | | | | | | | |
| | 704-COUNCILMEMBER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 1001 | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 1002 | COUNCIL DISTRICT #2 | | | | | | | | | |
| | 704-COUNCILMEMBER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 1002 | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 1003 | COUNCIL DISTRICT #3 | | | | | | | | | |
| | 704-COUNCILMEMBER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 1003 | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 1004 | COUNCIL DISTRICT #4 | | | | | | | | | |
| | 704-COUNCILMEMBER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 1004 | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 1020 | COUNCIL SUPPORT SERVICES | | | | | | | | | |
| | 820-ASST TO CITY COUNCIL | 0 | 3.00 | 0 | 0 | 3.00 | 0 | 0 | 0.00 | 0 |
| | 826-SENIOR ASST TO CITY COUNCIL | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 1020 | 1 | 3.50 | 0 | 1 | 3.00 | 0 | 0 | 0.00 | 0 |
| | DEPARTMENT 010 | 8 | 3.00 | 0 | 7 | 3.50 | 0 | -1 | 0.50 | 0 |

COI_013445

**EXHIBIT I**

032

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|------|-------------|-----|-----|----|-----|-----|----|-----|-----|----|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 1110 | CITY CLERK | | | | | | | | | |
| | 917-CITY CLERK | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 680-ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 678-DEPUTY CITY CLERK | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 238-OFFICE ASSISTANT | 0 | 0.50 | 0 | 0 | 0.50 | 0 | 0 | 0.00 | 0 |
| | 206-ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | ORGN 1110 | 5 | 0.50 | 0 | 5 | 0.50 | 0 | 0 | 0.00 | 0 |
| 001 | DEPARTMENT 001 | 5 | 0.50 | 0 | 5 | 0.50 | 0 | 0 | 0.00 | 0 |

**EXHIBIT I**

COI_013446

033

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 POS | FY 10/11 FTE | FY 10/11 OT | FY 10/11-REVISED POS | FY 10/11-REVISED FTE | FY 10/11-REVISED OT | DIFFERENCE POS | DIFFERENCE FTE | DIFFERENCE OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1200 | CITY TREASURER | | | | | | | | | |
| | 706-CITY TREASURER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 0 | 1.00 | 0 | 0 | 0.00 | 0 | 0 | -1.00 | 0 |
| | 206-ADMINISTRATIVE AIDE | 0 | 0.00 | 0 | 0 | 0.50 | 0 | 0 | 0.50 | 0 |
| 001 | ORGN 1200 | 1 | 1.00 | 0 | 1 | 0.50 | 0 | 0 | -0.50 | 0 |
| | DEPARTMENT 012 | 1 | 1.00 | 0 | 1 | 0.50 | 0 | 0 | -0.50 | 0 |

COI_013447

**EXHIBIT I**

O34

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 POS | FTE | OT | FY 10/11-REVISED POS | FTE | OT | DIFFERENCE POS | FTE | OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1510 | CITY ATTORNEY | | | | | | | | | |
| | 916-CITY ATTORNEY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 657-LEGAL SVCS ADMIN. SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 1510 | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| 1521 | CIVIL | | | | | | | | | |
| | 940-CHIEF ASSISTANT CITY ATTORNEY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 832-EXECUTIVE SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 681-SR ASSISTANT CITY ATTORNEY | 2 | 0.00 | 0 | 0 | 0.00 | 0 | -2 | 0.00 | 0 |
| | 608-ASSISTANT CITY ATTORNEY | 1 | 0.00 | 0 | 2 | 0.00 | 0 | 1 | 0.00 | 0 |
| 001 | ORGN 1521 | 5 | 0.00 | 0 | 4 | 0.00 | 0 | -1 | 0.00 | 0 |
| 1522 | | | | | | | | | | |
| | 681-SR ASSISTANT CITY ATTORNEY | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 668-RISK MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 630-LEGAL SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 608-ASSISTANT CITY ATTORNEY | 1 | 0.00 | 0 | 2 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 1522 | 5 | 0.00 | 0 | 4 | 0.00 | 0 | -1 | 0.00 | 0 |
| 1530 | CRIMINAL | | | | | | | | | |
| | 682-SENIOR DEPUTY CITY ATTORNEY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 640-DEPUTY CITY ATTORNEY | 1 | 0.00 | 0 | 2 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 608-ASSISTANT CITY ATTORNEY | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 2 | 0.00 | 0 | 3 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 228-OFFICE ASSISTANT | 1 | 0.75 | 0 | 1 | 0.00 | 0 | 0 | -0.75 | 0 |
| 001 | ORGN 1530 | 6 | 0.75 | 0 | 7 | 0.00 | 0 | 1 | -0.75 | 0 |
| | DEPARTMENT 015 | 18 | 0.75 | 0 | 17 | 0.00 | 0 | -1 | -0.75 | 0 |

COI_013448

**EXHIBIT I**

**035**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS - TITLE | FY 10/11 POS | FTE | OT | FY 10/11-REVISED POS | FTE | OT | DIFFERENCE POS | FTE | OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | CITY ADMINISTRATOR | | | | | | | | | |
| | 942-EX ASST TO CITY MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 934-ASST CITY MANAGER | 0 | 0.00 | 0 | 2 | 0.00 | 0 | 2 | 0.00 | 0 |
| | 955-ASST CITY MANAGER-DEVELOPMENT | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 931-CHIEF FINANCIAL OFFICER | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 930-DEPUTY CITY MANAGER | 0 | 0.00 | 0 | 1 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 914-CITY MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 833-EXECUTIVE SECRETARY | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 810-ASST TO ADMIN OFFICER | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 680-ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 3 | 0.00 | 0 | 2 | 0.00 | 0 |
| | 604-SR. ADMINISTRATIVE ANALYST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 266-ADMINISTRATIVE AIDE | 1 | 0.00 | 178 | 0 | 0.00 | 0 | -1 | 0.00 | -178 |
| 001 | ORGN 2010 | 9 | 0.00 | 178 | 9 | 0.00 | 0 | 0 | 0.00 | -178 |
| | DEPARTMENT 020 | 9.00 | 0.00 | 178 | 9.00 | 0.00 | 0 | 0.00 | 0.00 | -178 |

COI_013449

**EXHIBIT I**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS - TITLE | FY 10/11 POS | FY 10/11 FTE | OT | FY 10/11-REVISED POS | FY 10/11-REVISED FTE | OT | DIFFERENCE POS | DIFFERENCE FTE | OT |
|------|---------------|-----|-----|----|-----|-----|----|-----|-----|----|
| 2160 | EMPLOYEE RELATIONS | | | | | | | | | |
|  | 928-HUMAN RESOURCES DIRECTOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
|  | 660-HUMAN RESOURCES MANAGER | 0 | 0.00 | 0 | 1 | 0.00 | 0 | 1 | 0.00 | 0 |
|  | 689-ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 2160 | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| 2161 | RECRUITMENT & CLASSIFICATION | | | | | | | | | |
|  | 859-HUMAN RESOURCES SPECIALIST | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
|  | 687-SENIOR HUMAN RESOURCES ANALYST | 2 | 0.00 | 0 | 1 | 0.00 | 0 | -1 | 0.00 | 0 |
|  | 621-HUMAN RESOURCES ANALYST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
|  | 209-SENIOR ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 2161 | 6 | 0.00 | 0 | 5 | 0.00 | 0 | -1 | 0.00 | 0 |
| 2165 | EMPLOYEE HEALTH SERVICES | | | | | | | | | |
|  | 677-EMPLOYEE HEALTH MANAGER | 1 | 0.00 | 0 | 0 | 0.50 | 0 | -1 | 0.50 | 0 |
|  | 128-OFFICE ASSISTANT | 1 | 0.45 | 0 | 1 | 0.45 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 2165 | 2 | 0.45 | 0 | 1 | 0.55 | 0 | -1 | 0.50 | 0 |
|  | DEPARTMENT 021 | 10 | 0.45 | 0 | 8 | 0.95 | 0 | -2 | 0.50 | 0 |

COI_013450

036

EXHIBIT I

037

**CITY OF INGLEWOOD**
**AUTHORIZED PERSONNEL AND HOURS**
**FISCAL YEAR 2010-2011**

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 2410 | ADMINISTRATIVE SUPPORT | | | | | | | | | |
| | 990-DEPUTY CITY ADMINISTRATOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 680-ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 605-ADMINISTRATIVE ANALYST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 125 | ORGN 2410 | 3 | 0.00 | 0 | 1 | 0.00 | 0 | -2 | 0.00 | 0 |
| 2420 | NETWORK & SUPPORT SERVICES | | | | | | | | | |
| | 857-NETWORK&SUPPORT SVC MANAGER | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 867-ITC MANAGER | 0 | 0.00 | 0 | 1 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 870-SYSTEMS ANALYST II | 0 | 0.00 | 0 | 1 | 1.00 | 0 | 0 | 1.00 | 0 |
| | 856-NETWORK ADMINISTRATOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 846-SENIOR NETWORK TECHNICIAN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 812-SYSTEMS ADMINISTRATOR | 0 | 1.00 | 0 | 0 | 0.00 | 0 | 0 | -1.00 | 0 |
| | 411-NETWORK & TELECOMMUNCATIONS TECH. | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 246-TECHNICAL SUPPORT SPECIALIST III | 3 | 0.00 | 150 | 3 | 0.00 | 0 | -3 | 0.00 | -150 |
| | 215-TECHNICAL SUPPORT SPECIALIST II | 0 | 0.00 | 0 | 3 | 0.00 | 150 | 3 | 0.00 | 150 |
| 125 | ORGN 2420 | 7 | 1.00 | 150 | 6 | 1.00 | 150 | -1 | 0.00 | 0 |
| 2430 | DATA CENTER OPERATIONS | | | | | | | | | |
| | 838-SYSTEMS OPERATIONS COORDINATOR | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 375-SENIOR COMPUTER OPERATOR | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| 125 | ORGN 2430 | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| 2440 | SYSTEMS ANALYSIS AND IMPLEMENTATION | | | | | | | | | |
| | 871-SYSTEMS IMPLEMENTATION SPEC | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 694-SYSTEMS ANALYST | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 669-LEAD WEB DEVELOPER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 125 | ORGN 2440 | 4.00 | 0.00 | 0 | 4.00 | 0.00 | 0 | 0.00 | 0.00 | 0 |
| 2450 | TELECOMMUNICATIONS | | | | | | | | | |
| | 833-TELECOMM MANAGER | 1 | 0.00 | 0 | 0 | 0.50 | 0 | -1 | 0.50 | 0 |
| | 411-NETWORK & TELECOMMUNCATIONS TECH. | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 125 | ORGN 2450 | 2 | 0.00 | 0 | 1 | 0.50 | 0 | -1 | 0.50 | 0 |
| 2460 | ENTERPRISE SERVICES | | | | | | | | | |
| | 570-SYSTEMS ANALYST II | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 861-PARKING AND OUTSOURCE SERVICES MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 614-ASSISTANT CONTRACT ADMINISTRATORS | 2 | 0.00 | 0 | 1 | 0.00 | 0 | -1 | 0.00 | 0 |
| 125 | ORGN 2460 | 4 | 0.00 | 0 | 3 | 0.00 | 0 | -1 | 0.00 | 0 |

**EXHIBIT I**

COI_013451

038

**CITY OF INGLEWOOD**
**AUTHORIZED PERSONNEL AND HOURS**
**FISCAL YEAR 2010-2011**

| ORGN | CLASS--TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 2470 | PRINT SHOP | | | | | | | | | |
| | 85-REPROGRAPHICS MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 378-SR. REPROGRAPHICS OPERATOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 250-REPROGRAPHICS OPERATOR | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| 125 | ORGN 2470 | 4 | 0.00 | 0 | 4 | 0.00 | 0 | 0 | 0.00 | 0 |
| 2480 | PUBLIC SAFETY SYSTEMS | | | | | | | | | |
| | 870-SYSTEMS ANALYST II | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 837-POLICE COMPUTER SYSTEMS MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 685-EMERGENCY PREP. COORDINATOR | 1 | 0.00 | 0 | 0 | 0.50 | 0 | -1 | 0.50 | 0 |
| | 246-TECHNICAL SUPPORT SPECIALIST III | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| 125 | ORGN 2480 | 4 | 0.00 | 0 | 2 | 0.50 | 0 | -2 | 0.50 | 0 |
| | DEPARTMENT 024 | 28.00 | 1.00 | 150 | 21.00 | 2.00 | 150 | -7.00 | 1.00 | 0 |

**EXHIBIT I**

COI_013452

039

## CITY OF INGLEWOOD
### AUTHORIZED PERSONNEL AND HOURS
### FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 2510 | ADMINISTRATIVE SUPPORT | | | | | | | | | |
| | 918-FINANCE DIRECTOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 680 ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 836-SENIOR ER? ANALYST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 672-ASSISTANT FINANCE DIRECTOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 206-ADMINISTRATIVE AIDE | 0 | 0.00 | 0 | 0 | 1.00 | 0 | 0 | 1.00 | 0 |
| 004 | ORGN 2510 | 4 | 0.00 | 0 | 4 | 1.00 | 0 | 0 | 1.00 | 0 |
| 2515 | BUDGET | | | | | | | | | |
| | 644-SENIOR BUDGET ANALYST | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 607-BUDGET OFFICER | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 2515 | 3 | 0.00 | 0 | 2 | 0.00 | 0 | -1 | 0.00 | 0 |
| 2522 | REVENUE MANAGEMENT | | | | | | | | | |
| | 865-FINANCE SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 416-SENIOR CUSTOMER SERVICE REPRESENTATIVE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 352-SR. REVENUE INSPECTOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 350-REVENUE INSPECTOR | 1 | 0.00 | 20 | 2 | 0.00 | 20 | 1 | 1.00 | 0 |
| | 242-CUSTOMER SERVICE REPRESENTATIVE | 2 | 1.50 | 30 | 2 | 1.50 | 30 | 0 | 0.00 | 0 |
| | 201-ACCOUNT CLERK | 0 | 0.00 | 0 | 1 | 0.00 | 0 | 1 | 0.00 | 0 |
| 001 | ORGN 2522 | 6.00 | 1.50 | 50 | 7.00 | 1.50 | 50 | 1.00 | 0.00 | 0 |
| 2523 | CUSTOMER SERVICE-CASHIERING | | | | | | | | | |
| | 817-REVENUE SUPERVISOR | 0 | 0.00 | 0 | 1 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 416-SENIOR CUSTOMER SERVICE REPRESENTATIVE | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 207-CASHIER | 2 | 0.00 | 60 | 2 | 0.00 | 60 | 0 | 0.00 | 0 |
| 001 | ORGN 2523 | 3 | 0.00 | 60 | 3 | 0.00 | 60 | 0 | 0.00 | 0 |
| 2524 | CUSTOMER SERVICE-WATER | | | | | | | | | |
| | 865-FINANCE SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 676-REVENUE MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 242-CUSTOMER SERVICE REPRESENTATIVE | 4 | 0.00 | 100 | 4 | 0.00 | 100 | 0 | 0.00 | 0 |
| 110 | ORGN 2524 | 6.00 | 0.00 | 100 | 6.00 | 0.00 | 100 | 0.00 | 0.00 | 0 |

**EXHIBIT I**

COI_013453

040

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 2531 | PURCHASING AND STORES | | | | | | | | | |
| | 877-PROCUREMENTS AND CONTRACTS COORDINATOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 670-PURCHASING & CONTRACTS SVCS MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 631-WAREHOUSE SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 399-STOREKEEPER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 372-SENIOR OFFICE ASSISTANT | 0 | 0.00 | 0 | 1 | 0.00 | 0 | 1 | 0.00 | 0 |
| | 249-PURCHASING ASSISTANT | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 2531 | 5 | 0.00 | 0 | 5 | 0.00 | 0 | 0 | 0.00 | 0 |
| 2541 | FINANCIAL REPORTING | | | | | | | | | |
| | 838-INTERNAL AUDITOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 825-ACCOUNTING MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 683-SENIOR ACCOUNTANT | 4 | 0.00 | 0 | 3 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 600-ACCOUNTANT | 4 | 0.00 | 0 | 4 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 202-SENIOR ACCOUNT CLERK | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 2541 | 11 | 0.00 | 0 | 8 | 0.00 | 0 | -3 | 0.00 | 0 |
| 2543 | PAYROLL | | | | | | | | | |
| | 600-ACCOUNTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 330-PAYROLL TECHNICIAN | 3 | 0.00 | 0 | 2 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 2543 | 4 | 0.00 | 0 | 3 | 0.00 | 0 | -1 | 0.00 | 0 |
| 2544 | ACCOUNTS PAYABLE | | | | | | | | | |
| | 600-ACCOUNTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 202-SENIOR ACCOUNT CLERK | 3 | 0.00 | 150 | 3 | 0.00 | 150 | 0 | 0.00 | 0 |
| 001 | ORGN 2544 | 4 | 0.00 | 150 | 4 | 0.00 | 150 | 0 | 0.00 | 0 |
| | DEPARTMENT 025 | 46.00 | 1.50 | 360 | 42.00 | 2.50 | 360 | -4.00 | 1.00 | 0 |

COI_013454

**EXHIBIT I**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11 REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 3040 | MERGED PROJECTS | | | | | | | | | |
| | 921-COMMUNITY DEVELOPMENT DIRECTOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 847-ECONOMIC & BUS DEV MANAGER | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 840-SR. REDEVELOPMENT SPECIALIST | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 839-REDEVELOPMENT SPECIALIST | 3 | 0.00 | 0 | 2 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 823-ECONOMIC & BUS DEV. COORDINATOR | 2 | 0.00 | 0 | 1 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 674-REDEVELOPMENT MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 603-ADMINISTRATIVE ANALYST | 1 | 1.00 | 0 | 0 | 1.00 | 0 | -1 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 209-SR. ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 160 | ORGN 3040 | 13 | 1.00 | 0 | 9 | 1.00 | 0 | -4 | 0.00 | 0 |
| 3049 | LOW & MODERATE HOUSING | | | | | | | | | |
| | 675-REDEVELOPMENT PROJECTS COORDINATOR | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 169 | ORGN 3049 | 3 | 0.00 | 0 | 3 | 0.00 | 0 | 0 | 0.00 | 0 |
| 3051 | HOUSING PROGRAM | | | | | | | | | |
| | 653-SENIOR HOUSING SPECIALIST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 651-HOUSING SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 650-HOUSING SPECIALIST | 4 | 0.00 | 0 | 4 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 645-HOUSING PROGRAMS MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 603-ADMINISTRATIVE ANALYST | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 275-HOUSING INSPECTOR | 3 | 0.00 | 0 | 3 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 274-HOUSING ASSISTANT | 3 | 0.00 | 0 | 2 | 0.00 | 0 | -1 | 0.00 | 0 |
| 170 | ORGN 3051 | 15 | 0.00 | 0 | 13 | 0.00 | 0 | -2 | 0.00 | 0 |

**EXHIBIT I**

COI_013455

**042**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 3054 | CDBG-HOMELESS PREVENTION & RAPID HSG PRO | | | | | | | | | |
| | 603-ADMINISTRATIVE ANALYST | 0 | 1.00 | 0 | 0 | 1.00 | 0 | 0 | 0.00 | 0 |
| 221 | ORGN 3054 | 0 | 1.00 | 0.00 | 0 | 1.00 | 0.00 | 0.00 | 0.00 | 0 |
| 3055 | CDBG-PROGRAM MANAGEMENT | | | | | | | | | |
| | 945-GRANTS COORDINATOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 939-GRANTS MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 603-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 221 | ORGN 3055 | 3.00 | 0.00 | 0 | 3.00 | 0.00 | 0 | 0.00 | 0.00 | 0 |
| 3057 | NEIGHBORHOOD PRESERVATION PROGRAM | | | | | | | | | |
| | 337-CODE ENFORCEMENT OFFICER | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 206-ADMINISTRATIVE AIDE | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| 221 | ORGN 3057 | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| 3058 | HOME PROGRAM | | | | | | | | | |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 221 | ORGN 3058 | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | DEPARTMENT 630 | 35.00 | 2.00 | 0 | 29.00 | 2.00 | 0 | -6.00 | 0.00 | 0 |

**EXHIBIT I**

COI_013456

**043**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS - TITLE | POS | FY 10/11 FTE | OT | POS | FY 10/11-REVISED FTE | OT | POS | DIFFERENCE FTE | OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3259 | AIRCRAFT NOISE MITIGATION PROGRAM | | | | | | | | | |
| | 919-RESIDENT SOUND INSULATION PRG DIRECTOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 878-RSIP PLANNING & FISCAL COORDINATOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 854-ADMINISTRATIVE OPERATIONS & OUTREACH COORDIN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 603-ADMINISTRATIVE ANALYST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 372-SR. OFFICE ASSISTANT | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 213-GIS TECHNICIAN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 209-SR. ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 208-RESIDENT SOUND INSULATION PROG. ASST. | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | ORGN 3259 | 10 | 0.00 | 0 | 10 | 0.00 | 0 | 0 | 0.00 | 0 |
| 3261 | AIRCRAFT NOISE MITIGATION PROGRAM-CONSTRUCTION | | | | | | | | | |
| | 849-CONSTRUCTION PROJECT SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 634-CONSTRUCTION MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 808-SENIOR ENGINEER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 679-RSIP MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 618-ASSOCIATE ENGINEER | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 376-R.S.I.P. ELIGIBILITY INSPECTOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 368-SR. ENGINEERING TECHNICIAN | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 222-CONSTRUCTION ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 212-CONSTRUCTION INSPECTOR | 5 | 0.00 | 0 | 5 | 0.00 | 0 | 0 | 0.00 | 0 |
| | ORGN 3261 | 15 | 0.00 | 0 | 15 | 0.00 | 0 | 0 | 0.00 | 0 |
| 222 | DEPARTMENT 032 | 25.00 | 0.00 | 0 | 25.00 | 0.00 | 0 | 0.00 | 0.00 | 0 |

COI_013457

**EXHIBIT I**

044

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS_TITLE | FY 10/11 | | | FY 10/11 REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 3510 | PLANNING | | | | | | | | | |
| | 910-PLANNING AND BUILDING DIRECTOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 873-PLANNER II | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 813-ASSISTANT PLANNER | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 643-SENIOR PLANNER | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 632-PLANNING MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 622-PLANNER | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 228-OFFICE ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 3510 | 11 | 0.00 | 0 | 10 | 0.00 | 0 | -1 | 0.00 | 0 |
| 3570 | BUILDING AND SAFETY | | | | | | | | | |
| | 866-PLAN CHECK ENGINEER SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 863-BUILDING INSPECTOR SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 628-BUILDING OFFICIAL | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 699-SENIOR PLAN CHECK ENGINEER | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 642-PLAN CHECK ENGINEER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 370-OFFICE SPECIALIST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 345-SENIOR BUILDING INSPECTOR | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 210-BUILDING INSPECTOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 211-BUILDING INSPECTOR TRAINEE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 209-SENIOR ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 3570 | 12 | 0.00 | 0 | 12 | 0.00 | 0 | 0 | 0.00 | 0 |
| | DEPARTMENT 055 | 23 | 0.00 | 0 | 22 | 0.00 | 0 | -1.00 | 0.00 | 0 |

COI_013458

**EXHIBIT I**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS - TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 4510 | OFFICE OF THE CHIEF OF POLICE | | | | | | | | | |
| | 932-POLICE CHIEF | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 699-POLICE SERGEANT | 3 | 0.00 | 137 | 3 | 0.00 | 226 | 0 | 0.00 | 89 |
| | 680-ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 666-POLICE LIEUTENANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 372-SENIOR OFFICE ASSISTANT | 0 | 1.00 | .0 | 0 | 0.00 | 0 | -1 | -1.00 | 0 |
| | 205-ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 4510 | 7 | 1.00 | 137 | 6 | 0.00 | 226 | -1 | -1.00 | 89 |
| 4512 | COMMUNITY AFFAIRS | | | | | | | | | |
| | 804-COMMUNITY AFFAIRS PROGRAM SPECIALIST | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 803-SENIOR COMMUNITY AFFAIRS SPECIALIST | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 699-POLICE SERGEANT | 1 | 0.00 | 391 | 0 | 0.00 | 315 | -1 | 0.00 | -76 |
| | 514-POLICE OFFICER | 4 | 0.00 | 0 | 4 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 129-COMMUNITY CENTER LIAISON | 0 | 2.00 | 0 | 0 | 2.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 4512 | 7 | 2.00 | 391 | 4 | 2.00 | 315 | -3 | 0.00 | -76 |
| 4520 | ADMINISTRATIVE SERVICES BUREAU | | | | | | | | | |
| | 845-GRANTS COORDINATOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 832-POLICE FISCAL SERVICES COORDINATOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 699-POLICE SERGEANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 680-ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 666-POLICE LIEUTENANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 665-POLICE CAPTAIN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 602-ADMINISTRATIVE ASSISTANT | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 514-POLICE OFFICER | 3 | 0.00 | 391 | 3 | 0.00 | 315 | 0 | 0.00 | -76 |
| | 140-POLICE CADET | 0 | 3.00 | 0 | 0 | 3.00 | 0 | 0 | 0.00 | 0 |
| | 320-PAYROLL TECHNICIAN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 282-POLICE TRAINING PROGRAM ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 231-CIVILIAN INVEST SPECIALIST | 0 | 0.92 | 0 | 0 | 0.50 | 0 | 0 | -0.42 | 0 |
| | 206-ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 202-SENIOR ACCOUNT CLERK | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 4520 | 13 | 3.92 | 391 | 12 | 3.50 | 315 | -1 | -0.42 | -76 |

**EXHIBIT I**

COI_013459

046

**CITY OF INGLEWOOD**
**AUTHORIZED PERSONNEL AND HOURS**
**FISCAL YEAR 2010-2011**

| ORGN | CLASS - TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 4525 | PROPERTY & EVIDENCE | | | | | | | | | |
| | 831-PROPERTY ROOM SUPERVISOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 343-PROPERTY OFFICER | 2 | 0.00 | 0 | 1 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 4525 | 3 | 0.00 | 0 | 1 | 0.00 | 0 | -2 | 0.00 | 0 |
| 4526 | RECORDS | | | | | | | | | |
| | 688-POLICE RECORDS MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 623-POLICE RECORDS SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 341-POLICE RECORDS ASSISTANT | 9 | 0.00 | 957 | 9 | 0.00 | 982 | 0 | 0.00 | 25 |
| 001 | ORGN 4526 | 11 | 0.00 | 957 | 11 | 0.00 | 982 | 0 | 0.00 | 25 |
| 4527 | COMMUNICATIONS | | | | | | | | | |
| | 819-PUBLIC SAFETY DISPATCH SUPV | 6 | 0.00 | 0 | 4 | 0.00 | 0 | -2 | 0.00 | 0 |
| | 816-COMMUNICATIONS MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 230-PUBLIC SAFETY DISPATCHER | 16 | 2.20 | 2,932 | 16 | 2.00 | 1,400 | 0 | -0.20 | -1,532 |
| 401 | ORGN 4527 | 23 | 2.20 | 2,932 | 21 | 2.00 | 1,400 | -2 | -0.20 | -1,532 |
| 4529 | JAIL & CUSTODY DIVISION | | | | | | | | | |
| | 834-JAIL MANAGER | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 828-JAIL SUPERVISOR | 2 | 0.00 | 0 | 1 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 366-CUSTODY OFFICER | 10 | 0.00 | 2,437 | 10 | 0.00 | 1,643 | 0 | 0.00 | -784 |
| 001 | ORGN 4529 | 13 | 0.00 | 2,437 | 11 | 0.00 | 1,643 | -2 | 0.00 | -784 |
| 4530 | DETECTIVE BUREAU | | | | | | | | | |
| | 807-SENIOR CRIME ANALYST | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 806-CRIME ANALYST | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 699-POLICE SERGEANT | 5 | 0.00 | 60 | 5 | 0.00 | 200 | 0 | 0.00 | 140 |
| | 666-POLICE LIEUTENANT | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 665-POLICE CAPTAIN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 516-POLICE INVESTIGATOR | 25 | 0.00 | 3,208 | 25 | 0.00 | 1,646 | 0 | 0.00 | -1,562 |
| | 514-POLICE OFFICER | 1 | 0.00 | 196 | 1 | 0.00 | 80 | 0 | 0.00 | -116 |
| | 402-SUBPEONA CLERK | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 372-SR. OFFICE ASSISTANT | 1 | 1.00 | 0 | 1 | 1.00 | 0 | 0 | 0.00 | 0 |
| | 209-SENIOR ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| 001 | ORGN 4530 | 39 | 1.00 | 3,464 | 37 | 1.00 | 1,926 | -2 | 0.00 | -1,538 |
| 4531 | FORENSICS SERVICES UNIT | | | | | | | | | |
| | 874-FORENSIC SUPERVISOR | 1 | 0.00 | 200 | 0 | 0.00 | 0 | -1 | 0.00 | -200 |
| | 103-SENIOR FORENSIC SPECIALIST | 3 | 0.00 | 450 | 2 | 0.00 | 300 | -1 | 0.00 | -150 |
| 001 | ORGN 4531 | 4 | 0.00 | 650 | 2 | 0.00 | 300 | -2 | 0.00 | -350 |

COI_013460

**EXHIBIT I**

047

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 4532 | REAL ESTATE FRAUD | | | | | | | | | |
| | 516-POLICE INVESTIGATOR | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 4532 | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0 | 0 |
| 4554 | NARCOTICS DIVISION | | | | | | | | | |
| | 699-POLICE SERGEANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 516-POLICE INVESTIGATOR | 6 | 0.00 | 1,344 | 6 | 0.00 | 1,454 | 0 | 0.00 | 110 |
| 001 | ORGN 4554 | 7 | 0.00 | 1,344 | 7 | 0.00 | 1,454 | 0 | 0.00 | 110 |
| 4540 | OFFICE OF SPECIAL ENFORCEMENT | | | | | | | | | |
| | 699-POLICE SERGEANT | 2 | 0.00 | 0 | 1 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 665-POLICE CAPTAIN | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 516-POLICE INVESTIGATOR | 5 | 0.00 | 0 | 5 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 514-POLICE OFFICER | 1 | 0.00 | 1,180 | 1 | 0.00 | 1,008 | 0 | 0.00 | -172 |
| 001 | ORGN 4540 | 9 | 0.00 | 1,180 | 7 | 0.00 | 1,008 | -2.00 | 0.00 | -172 |
| 4547 | ANTI-CRIME TASK FORCE | | | | | | | | | |
| | 699-POLICE SERGEANT | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 666-POLICE LIEUTENANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 514-POLICE OFFICER | 11 | 0.00 | 2,600 | 11 | 0.00 | 2,100 | 0 | 0.00 | -500 |
| 001 | ORGN 4547 | 14 | 0.00 | 2,600 | 14 | 0.00 | 2,100 | 0 | 0.00 | -500 |
| 4550 | PATROL BUREAU | | | | | | | | | |
| | 699-POLICE SERGEANT | 20 | 0.00 | 57 | 17 | 0.00 | 480 | -3 | 0.00 | 423 |
| | 666-POLICE LIEUTENANT | 5 | 0.00 | 0 | 5 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 665-POLICE CAPTAIN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 514-POLICE OFFICER | 74 | 0.00 | 19,051 | 74 | 0.00 | 19,051 | 0 | 0.00 | 0 |
| | 218-OFFICE ASSISTANT | 0 | 1.00 | 0 | 0 | 0.00 | 0 | 0 | -1.00 | 0 |
| | 247-DESK OFFICER | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 4550 | 102 | 1.00 | 19,108 | 99 | 0.00 | 19,531 | -3 | -1.00 | 423 |

COI_013461

**EXHIBIT I**

**048**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 4551 | TRAFFIC DIVISION | | | | | | | | | |
| | 699-POLICE SERGEANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 666-POLICE LIEUTENANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 514-POLICE OFFICER | 9 | 0.00 | 1,310 | 9 | 0.00 | 1,050 | 0 | 0.00 | -260 |
| 001 | ORGN 4551 | 11 | 0.00 | 1,310 | 11 | 0.00 | 1,050 | 0 | 0.00 | -260 |
| 4553 | PARKING & SPECIAL ENFORCEMENT | | | | | | | | | |
| | 633-SPECIAL ENFORCEMENT SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 410-MOTOR ASSISTANT OFFICER | 0 | 2.00 | 0 | 0 | 2.00 | 0 | 0 | 0.00 | 0 |
| | 407-SPEC ENFORCEMENT OFFICER | 13 | 4.62 | 3,765 | 13 | 3.00 | 1,833 | 0 | -1.62 | -1,932 |
| | 367-SR SPEC ENFORCEMENT OFFICER | 5 | 0.00 | 0 | 5 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 118-SCHOOL CROSSING GUARD | 0 | 8.88 | 0 | 0 | 8.88 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 4553 | 19 | 15.50 | 3,765 | 19 | 13.88 | 1,833 | 0 | -2 | -1,932 |
| 4554 | TRAFFIC SAFETY ENFORCEMENT | | | | | | | | | |
| | 516-POLICE INVESTIGATOR | 1 | 0.00 | 1,130 | 1 | 0.00 | 96 | 0 | 0.00 | -1,034 |
| | 407-SPECIAL ENFORCEMENT OFFICER | 0 | 2.00 | 0 | 0 | 0.00 | 0 | 0 | -2.00 | 0 |
| 050 | ORGN 4554 | 1 | 2.00 | 1,130 | 1 | 0.00 | 96 | 0 | -2.00 | -1,034 |
| 4561 | LOCAL LAW ENFORCEMENT BLOCK GRANT | | | | | | | | | |
| | 231-CIVILIAN INVESTIGATIVE SPECIALIST | 0 | 0.50 | 0 | 0 | 0.50 | 0 | 0 | 0.00 | 0 |
| | 140-POLICE CADET | 0 | 2.75 | 0 | 0 | 2.75 | 0 | 0 | 0.00 | 0 |
| 220 | ORGN 4561 | 0 | 3.25 | 0 | 0 | 3.25 | 0 | 0 | 0.00 | 0 |
| 4568 | OFFICE OF TRAFFIC SAFETY GRANT | | | | | | | | | |
| | 514-POLICE OFFICER | 0 | 0.00 | 4,522 | 0 | 0.00 | 4,522 | 0 | 0.00 | 0 |
| 220 | ORGN 4568 | 0 | 0.00 | 4,522 | 0 | 0.00 | 4,522 | 0 | 0.00 | 0 |
| 4576 | JAG (A.R.R.A) | | | | | | | | | |
| | 366-CUSTODY OFFICERS | 3 | 0.00 | 0 | 3 | 0.00 | 0 | 0 | 0.00 | 0 |
| 220 | ORGN 4576 | 3 | 0.00 | 0 | 3 | 0.00 | 0 | 0 | 0.00 | 0 |
| 4578 | COPS HIRING RECOVERY PROGRAM | | | | | | | | | |
| | 366-CUSTODY OFFICERS | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| 220 | ORGN 4578 | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| | DEPARTMENT 045 | 286 | 31.87 | 46,308 | 266 | 25.63 | 38,701 | -20 | -6.24 | -7,607 |

COI_013462

**EXHIBIT I**

**CITY OF INGLEWOOD**
**AUTHORIZED PERSONNEL AND HOURS**
**FISCAL YEAR 2010-2011**

| ORGN | CLASS-TITLE | FY 10/11 | | | FY 10/11-REVISED | | | DIFFERENCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POS | FTE | OT | POS | FTE | OT | POS | FTE | OT |
| 5010 | DIRECTOR | | | | | | | | | |
| | 924-LIBRARY DIRECTOR | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 690-ADMINISTRATIVE SECRETARY | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 694-SR. ADMINISTRATIVE ANALYST | 0 | 0.46 | 0 | 0 | 0.46 | 0 | 0 | 0.00 | 0 |
| | 401-COURIER | 0 | 0.48 | 0 | 0 | 0.48 | 0 | 0 | 0.00 | 0 |
| | 361-SENIOR LIBRARY SUPPORT CLERK | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 209-SENIOR ADMINISTRATIVE AIDE | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 5010 | 3 | 0.94 | 0 | 2 | 0.94 | 0 | -1 | 0.00 | 0 |
| 5020 | TECHNICAL SERVICES   ORGN 5010 | | | | | | | | | |
| | 649-LIBRARY MANAGER | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 616-LIBRARY SUPPORT SUPV. | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 361-SENIOR LIBRARY SUPPORT CLERK | 0 | 2.22 | 0 | 0 | 1.00 | 0 | 0 | -1.22 | 0 |
| | 289-LIBRARY ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 201-ACCOUNT CLERK | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 108-LIBRARY SUPPORT AIDE | 0 | 0.48 | 0 | 0 | 0.00 | 0 | 0 | -0.48 | 0 |
| 001 | ORGN 5020 | 4 | 2.70 | 0 | 4 | 1.00 | 0 | 0 | -1.70 | 0 |
| 5030 | ADULT | | | | | | | | | |
| | 686-PRINCIPAL LIBRARIAN | 1 | 0.00 | 196 | 1 | 0.00 | 0 | 0 | 0.00 | -196 |
| | 638-LIBRARIAN | 0 | 0.05 | 184 | 0 | 0.05 | 0 | 0 | 0.00 | -184 |
| | 620-ASSOCIATE LIBRARIAN | 0 | 1.41 | 0 | 0 | 1.41 | 0 | 0 | 0.00 | 0 |
| | 361-SENIOR LIBRARY SUPPORT CLERK | 0 | 0.75 | 0 | 0 | 0.00 | 0 | 0 | -0.75 | 0 |
| 001 | ORGN 5030 | 1 | 2.21 | 380 | 1 | 1.46 | 0 | 0 | -0.75 | -380 |
| 5040 | CHILDREN'S | | | | | | | | | |
| | 686-PRINCIPAL LIBRARIAN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 638-LIBRARIAN | 1 | 0.80 | 0 | 0 | 0.00 | 0 | 0 | -0.80 | 0 |
| | 620-ASSOCIATE LIBRARIAN | 1 | 0.03 | 184 | 1 | 0.50 | 0 | 0 | 0.47 | -184 |
| | 290-LIBRARY SUPPORT CLERK | 0 | 0.94 | 0 | 0 | 0.75 | 0 | 0 | -0.19 | 0 |
| 001 | ORGN 5040 | 2 | 1.77 | 184 | 2 | 1.25 | 0 | 0 | -0.52 | -184 |
| 5050 | SERIALS & DOCUMENTS | | | | | | | | | |
| | 620-ASSOCIATE LIBRARIAN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 616-LIBRARY SUPPORT SUPERVISOR | 1 | 0.00 | 184 | 1 | 0.00 | 0 | 0 | 0.00 | -184 |
| | 361-SENIOR LIBRARY SUPPORT CLERK | 0 | 1.50 | 196 | 0 | 1.50 | 0 | 0 | 0.00 | -196 |
| | 290-LIBRARY SUPPORT CLERK | 0 | 0.00 | 196 | 0 | 0.00 | 0 | 0 | 0.00 | -196 |
| 001 | ORGN 5050 | 2 | 1.50 | 576 | 2 | 1.50 | 0 | 0 | 0.00 | -576 |

COI_013463

**EXHIBIT I**

**050**

CITY OF INGLEWOOD
AUTHORIZED PERSONNEL AND HOURS
FISCAL YEAR 2010-2011

| ORGN | CLASS - TITLE | FY 10/11 POS | FTE | OT | FY 10/11-REVISED POS | FTE | OT | DIFFERENCE POS | FTE | OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5060 | AUDIO-VISUAL | | | | | | | | | |
| | 620-ASSOCIATE LIBRARIAN | 1 | 0.00 | 0 | 0 | 0.00 | 0 | -1 | 0.00 | 0 |
| | 616-LIBRARY SUPPORT SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 290-LIBRARY SUPPORT CLERK | 0 | 1.08 | 196 | 0 | 1.08 | 0 | 0 | 0.00 | -195 |
| 001 | ORGN 5060 | 2 | 1.08 | 196 | 1 | 1.08 | 0 | -1 | 0.00 | -196 |
| 5070 | CIRCULATION | | | | | | | | | |
| | 606-PRINCIPAL LIBRARIAN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 616-LIBRARY SUPPORT SUPERVISOR | 1 | 0.00 | 184 | 1 | 0.00 | 0 | -1 | 0.00 | -184 |
| | 361-SENIOR LIBRARY SUPPORT CLERK | 1 | 2.00 | 196 | 1 | 2.00 | 0 | 0 | 0.00 | -196 |
| | 290-LIBRARY SUPPORT CLERK | 0 | 0.62 | 184 | 0 | 0.62 | 0 | 0 | 0.00 | -184 |
| | 606-SENIOR LIBRARIAN | | | | | | | | | |
| 001 | ORGN 5070 | 3 | 2.62 | 564 | 2 | 2.62 | 0 | -1 | 0.00 | -564 |
| 5071 | STACK MAINTENANCE/MONITORS | | | | | | | | | |
| | 616-LIBRARY SUPPORT SUPERVISOR | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 108-LIBRARY SUPPORT AIDE | 0 | 1.75 | 184 | 0 | 1.50 | 0 | 0 | -0.25 | -184 |
| 001 | ORGN 5071 | 1 | 1.75 | 184 | 1 | 1.50 | 0 | 0 | -0.25 | -184 |
| 5080 | EXTENSION | | | | | | | | | |
| | 658-LIBRARIAN | 0 | 0.25 | 0 | 0 | 0.00 | 0 | 0 | -0.25 | 0 |
| | 620-ASSOCIATE LIBRARIAN | 0 | 0.50 | 0 | 0 | 0.25 | 0 | 0 | -0.25 | 0 |
| | 616-LIBRARY SUPPORT SUPERVISOR | 1 | 0.59 | 0 | 1 | 0.00 | 0 | 0 | -0.59 | 0 |
| | 361-SENIOR LIBRARY SUPPORT CLERK | 0 | 0.25 | 0 | 0 | 0.25 | 0 | 0 | 0.00 | 0 |
| | 290-LIBRARY SUPPORT CLERK | 0 | 0.50 | 0 | 0 | 0.50 | 0 | 0 | 0.00 | 0 |
| | 108-LIBRARY SUPPORT AIDE | 0 | 1.30 | 0 | 0 | 0.00 | 0 | 0 | -1.30 | 0 |
| 001 | ORGN 5080 | 1 | 3.39 | 0 | 1 | 1.00 | 0 | 0 | -2.39 | 0 |
| 5083 | HISPANIC SERVICES | | | | | | | | | |
| | 620-ASSOCIATE LIBRARIAN | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| | 289-LIBRARY ASSISTANT | 1 | 0.00 | 0 | 1 | 0.00 | 0 | 0 | 0.00 | 0 |
| 001 | ORGN 5083 | 2 | 0.00 | 0 | 2 | 0.00 | 0 | 0 | 0.00 | 0 |
| | DEPARTMENT 050 | 21 | 17.95 | 2,085 | 18 | 12.34 | 0 | -3 | -5.62 | -2,085 |

**EXHIBIT I**

COI_013464