GREGORY M. BERGMAN (SBN 065196)
MICHELE M. GOLDSMITH (SBN 178222)
JASON J. BARBATO (SBN 301642)
BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024-4101
Telephone: 310.470.6110
Facsimile: 310.474.0931

Attorneys for Defendants, CITY OF INGLEWOOD
MAYOR JAMES BUTTS; CHIEF OF POLICE MARK FRONTEROTTA

BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024
Telephone: (310) 470-6110, Facsimile: (310) 474-0931

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

MARTIN SISSAC

Plaintiffs,

v.

CITY OF INGLEWOOD; MAYOR JAMES BUTTS; CHIEF OF POLICE MARK FRONTEROTTA AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

Case No. 2:15-cv-01741-JAK-FFM

**DECLARATION OF KEVIN HARRIS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Date: September 26, 2016 [Reserved]
Time: 8:30 a.m.
Ctrm: 750

[Filed Separately but concurrently herewith:
1. Motion for Summary Judgment;
2. Separate Statement;
3. Declaration of Michele Goldsmith;
4. Declaration of Cal Saunders; and
5. Declaration of Micah Herd.]

Trial: December 6, 2016

# Declaration of Kevin Harris

I, Kevin Harris, declare:

1. I am a resident of Los Angeles, California. If called as a witness in this action, I could and would testify competently, under oath, from my own personal knowledge, to each and all of the following facts.

2. I have known and interacted with Martin Sissac for approximately seven years. I first met Mr. Sissac shortly after the tragic death of my son, Kevin R. Harris II. Mr. Sissac was not the officer directly in charge of the investigation into my son's death. Instead, Mr. Sissac was the commanding officer of the bureau of the Inglewood Police Department that was responsible for investigating homicides. In this capacity, Mr. Sissac occasionally gave me general updates about the status of the criminal investigation into the death of my son.

3. Mr. Sissac assisted me personally, spiritually, and motivationally in dealing with the murder of my son. I was impressed by Mr. Sissac's humanity and high level of emotional sensitivity. To this day, I consider Mr. Sissac a friend.

4. I have known and interacted with James Butts for over twenty years. My interactions with Mayor Butts include face-to-face conversations, as well as conversations over the phone and via text message. To this day, I consider Mayor Butts a friend.

5. After the death of my son, Mayor Butts was very supportive of me. Since being elected Mayor of the City of Inglewood, Mayor Butts has prioritized the criminal investigation to find and prosecute my son's murderer.

6. Over approximately the last six and a half years, Mayor Butts supported me by attending my son's vigil every September 20, when available. When available, Mayor Butts also spoke to the media who covered my son's vigil.

7. In or about June 2014, Mayor Butts and I discussed Mr. Sissac's transfer from the homicide bureau. During this conversation with Mayor Butts, I brought up Mr. Sissac. I told Mayor Butts how impressed I was with Mr. Sissac—that Mr.

BERGMAN DACEY GOLDSMITH
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024
Telephone: (310) 470-6110, Facsimile: (310) 474-0931

1  Sissac was an integral conduit between the Inglewood Police Department and the
2  families of homicide victims. I told Mr. Butts that I was impressed with Mr. Sissac's
3  ability to empathize with the families of gun violence victims. I also told Mayor
4  Butts how important Mr. Sissac has been for me—on a personal and spiritual level—
5  during the entire criminal investigation.

6      8.    In response, Mayor Butts did not comment on my positive impressions
7  of Mr. Sissac—that Mr. Sissac was empathetic and caring. Instead, Mr. Butts said
8  that Mr. Sissac sometimes had opinions that conflicted with the opinions of Mr.
9  Sissac's superiors. Mr. Butts did not disclose to me what those improper opinions
10 were. To my current and best memory, Mr. Butts did not comment on the job
11 performance of Mr. Sissac. Mayor Butts did not say that Mr. Sissac had severe
12 deficits in his performance as a police officer. Mayor Butts did not say that Mr.
13 Sissac was bad at his job.

14     9.    After my conversation with Mayor Butts in June 2014, I spoke with Mr.
15 Sissac and shared with him my impressions of the conversation, including what
16 Mayor Butts told me.

18 I declare under penalty of perjury under the laws of the United States that the
19 foregoing is true and correct. Executed at Los Angeles, California, this ___ day of
20 7/13 2016.

_____
Kevin Harris